**EXHIBIT C**

(Utility Services List)

| Provider Name | Provider Address | Account Number | Utility Type |
|---|---|---|---|
| AT&T | PO Box 5014 Carol Stream, IL 60197-5014 | 338896578 | Telecommunications |
| Dynascale Technologies, Inc. | 5940 S Rainbow Blvd Las Vegas, NV 89118 | 681660901 | Network/internet |

US_ACTIVE\125353966