**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 26-10593 (CTG) |
| IMPAC MORTGAGE HOLDINGS, INC., *et al.*,[1] | |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
EMERGENCY HEARING ON APRIL 27, 2025 AT 10:30 A.M. EASTERN TIME[2]**

**This proceeding will be conducted remotely via Zoom.  Please refer to Judge Goldblatt's Chambers Procedures  (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourtappearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.  Registration is required by one-hour prior to] the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

1.      Voluntary Petitions:

A.      Copperfield Financial, LLC [Case No. 26-10591, Docket No. 1]

B.      Copperfield Capital Corporation [Case No. 26-10592, Docket No. 1]

C.      Impac Mortgage Holdings, Inc. [Case No. 26-10593, Docket No. 1]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  Impac Mortgage Holdings, Inc. (5505); Copperfield Financial, LLC (7513); Copperfield Capital Corporation (4920); Impac Funding Corporation (4495); Impac Commercial Capital Corporation (0090); Impac Secured Assets Corp. (5871); IMH Assets Corp. (5301); Integrated Real Estate Service Corp. (2263); Impac Mortgage Corp. (3937); Impac Warehouse Lending, Inc. (0541); Synergy Capital Mortgage Corp. (9071); and Impac Warehouse Lending Group, Inc. (3488). The Debtors' mailing address is 19800 MacArthur Blvd., Suite 500, Irvine, CA 92612.

[2]  All motions and other pleadings referenced herein are available online at the website maintained by the Debtors' proposed claims and noticing agent at https://veritaglobal.net/americansignature.  Parties may also access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov.

D.      Impac Funding Corporation [Case No. 26-26-10594, Docket No. 1]

E.      Impac Commercial Capital Corporation [Case No. 26-10595, Docket No. 1]

F.      Impac Secured Assets Corp. [Case No. 26-10596, Docket No. 1]

G.      IMH Assets Corp. [Case No. 26-10597, Docket No. 1]

H.      Integrated Real Estate Service Corp. [Case No. 26-10598, Docket No. 1]

I.       Impac Mortgage Corp. [Case No. 26-10599, Docket No. 1]

J.       Impac Warehouse Lending, Inc. [Case No. 26-10600, Docket No. 1]

K.      Synergy Capital Mortgage Corp [Case No. 26-10601, Docket No. 1]

L.      Impac Warehouse Lending Group, Inc. [Case No. 26-10602, Docket No. 1]

### First Day Declaration

2.      Declaration of George A. Mangiaracina in Support of Chapter 11 Petitions and First Day Pleadings [Filed 4/26/2026, Docket No. 17]

Status: The Debtors will ask the Court to admit the Declaration into evidence.  To the extent the Court or any party in interest has questions regarding the Declaration or the factual bases for the first-day relief, Mr. Mangiaracina will be available on the Zoom platform.

### Administrative Motions

3.      Motion of Debtors for Entry of an Order (I) Directing Joint Administration Chapter 11 Cases and (II) Granting Related Relief [Filed 4/26/2026, Docket No. 3]

Status: This matter will go forward.

### First Day Motions Pertaining to Operations

4.      Emergency Motion of the Debtors for Entry of Emergency, Interim, and Final Orders (I) Establishing Notification Procedures and Approving Restrictions on Certain Transfers of and Declarations of Worthlessness with Respect to Interests in the Debtors as of the Petition Date; (II) Directing that Any Violations of the Procedures are void ab initio; (III) Scheduling a Final Hearing to Consider Approval of the Motion on a Final Basis; and (IV) Granting Related Relief [Filed 4/26/2026, Docket No. 4]

Status: This matter will go forward with respect to an emergency order.

DE:4933-6521-4373.1 40173.00001

Dated:  April 27, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal
Timothy Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899
Tel:      (302) 652-4100
Email:  ljones@pszjlaw.com
            debertenthal@pszjlaw.com
            tcairns@pszjlaw.com

- and -

**DENTONS US LLP**

Tania M. Moyron (*pro hac vice* pending)
Van C. Durrer, II (DE Bar No. 3827)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Tel:      (213) 623-9300
Email:  tania.moyron@dentons.com
            van.durrer@dentons.com

John D. Beck (*pro hac vice* pending)
Geoffrey M. Miller (*pro hac vice* pending)
1221 Avenue of the Americas
New York, NY 10020
Tel:      (212) 768-6700
Email:  john.beck@dentons.com
            geoffrey.miller@dentons.com

*Proposed Counsel for Debtors and Debtors in Possession*

3