**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>IMPAC MORTGAGE HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10593 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos.: 3, 4, 5, 6, 7, 8, 10, 11, 14 and 15** |

### NOTICE OF HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that on April 26, 2026 (as applicable, the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtors are continuing to operate their businesses and manage their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that together with their chapter 11 petitions, the Debtors also filed the following applications and motions set forth below (collectively, the "First Day Motions"). The Debtors intend to seek approval of certain of the First Day Motions at a hearing by Zoom video conference (the "First Day Hearing") before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware (the "Court"),

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Impac Mortgage Holdings, Inc. (5505); Copperfield Financial, LLC (7513); Copperfield Capital Corporation (4920); Impac Funding Corporation (4495); Impac Commercial Capital Corporation (0090); Impac Secured Assets Corp. (5871); IMH Assets Corp. (5301); Integrated Real Estate Service Corp. (2263); Impac Mortgage Corp. (3937); Impac Warehouse Lending, Inc. (0541); Synergy Capital Mortgage Corp. (9071); and Impac Warehouse Lending Group, Inc. (3488). The Debtors' mailing address is 19800 MacArthur Blvd., Suite 500, Irvine, CA 92612.

located at 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801,

on **April 28, 2026 at 2:30 p.m. (prevailing Eastern Time).**

### Administrative Motions

1. Motion of Debtors for Entry of an Order (I) Directing Joint Administration Chapter 11 Cases and (II) Granting Related Relief [Filed: 4/26/26] (Docket No. 3)

2. Debtors' Application for Authorization to Employ and Retain Kurtzman Carson Consultants, LLC DBA Verita Global as Claims and Noticing Agent Effective as of the Petition Date [Filed: 4/27/26] (Docket No. 6)

3. Debtors' Motion Seeking Entry of an Order (I) Authorizing The Debtors to (A) File a Consolidated List of the Debtors' Thirty (30) Largest Unsecured Creditors, and (B) Redact Certain Personally Identifiable Information of Natural Persons, and (II) Granting Related Relief [Filed: 4/27/26] (Docket No. 10)

### First Day Motions Pertaining to Operations

4. Emergency Motion of the Debtors for Entry of Emergency, Interim, and Final Orders (I) Establishing Notification Procedures and Approving Restrictions on Certain Transfers of and Declarations of Worthlessness with Respect to Interests in the Debtors as of the Petition Date; (II) Directing that Any Violations of the Procedures are void ab initio; (III) Scheduling a Final Hearing to Consider Approval of the Motion on a Final Basis; and (IV) Granting Related Relief [Filed 4/26/2026, Docket No. 4]

5. Motion of Debtors for Approval to (A) Pay Employee Obligations, (B) Continue Employee Benefit Programs, and (C) Related Relief [Filed: 4/26/26] (Docket No. 5)

6. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue (A) Insurance Program, and (B) Prepetition Surety Bonds, and Pay Obligations Arising Thereunder, and (II) Granting Related Relief [Filed: 4/27/26] (Docket No. 11)

7. Motion of the Debtors Pursuant to 11 U.S.C. §§ 105(a) and 366 and Fed. R. Bankr. P. 6003 and 6004 for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections By Utility Companies, (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief [Filed: 4/27/26] (Docket No. 12)

8. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Management Procedures, Bank Accounts, and Certain Payment Methods; (II) Prohibiting Setoffs and Freezing of Bank Accounts; (III) Modifying Requirements of Section 345(b) of the Bankruptcy Code; (IV) Granting Administrative Expense Status to Postpetition Intercompany Claims; and (V) Granting Related Relief [Filed: 4/27/26] (Docket No. 14)

4936-9678-1990.1 40173.00001

## **Motion for DIP Financing**

9.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing; (II) Granting Liens and Providing Superpriority Administrative Expense Status;(III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; (V) Authorizing the Debtors' Use of Cash Collateral;(VI) Scheduling a Final Hearing; and (VII) Granting Related Relief [Filed: 4/27/26] (Docket No. 7)

## **Motion Related to Confirmation**

10.     Debtors' Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Establishing Plan and Disclosure Statement Objection and Reply Deadlines and Related Procedures, (III) Approving the Prepetition Solicitation Procedures, (IV) Approving the Notice of Commencement & Confirmation Hearing Notice, and Finding Notice Sufficient, (V) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases, (VI) Waiving the Requirement of Filing Schedules, Statements of Financial Affairs, Rule 2015.3 Reports and Section 341 Meeting of Creditors, and (VII) Granting Related Relief [Filed: 4/27/26] (Docket No. 15)

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Motions may be obtained for a fee through the Court's website at https://www.deb.uscourts.gov, referencing Case No. 26-10593 (CTG), or for free by accessing the website maintained by the Debtors' proposed claims and noticing agent at https://www.veritaglobal.net/ImpacMortgage.

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Motions may be made at the First Day Hearing.

4936-9678-1990.1 40173.00001

Dated:  April 27, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal
Timothy Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899
Tel:     (302) 652-4100
Email:  ljones@pszjlaw.com
            debertenthal@pszjlaw.com
            tcairns@pszjlaw.com

- and -

**DENTONS US LLP**

Tania M. Moyron (*pro hac vice* pending)
Van C. Durrer, II (DE Bar No. 3827)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Tel:     (213) 623-9300
Email:  tania.moyron@dentons.com
            van.durrer@dentons.com

John D. Beck (*pro hac vice* pending)
Geoffrey M. Miller (*pro hac vice* pending)
1221 Avenue of the Americas
New York, NY 10020
Tel:     (212) 768-6700
Email:  john.beck@dentons.com
            geoffrey.miller@dentons.com

*Proposed Counsel for Debtors and Debtors in Possession*

4