**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 26-10593 (CTG) |
| IMPAC MORTGAGE HOLDINGS, INC., *et al.*,[1] | (Jointly Administered) |
| Debtors. |  |
|  | **Re: Docket No.: 7** |

**Hearing:  April 28, 2026 at 2:30 p.m. (ET)**

**NOTICE OF INTERIM HEARING ON DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION SECURED FINANCING; (II) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS;(III) GRANTING ADEQUATE PROTECTION; (IV) MODIFYING THE AUTOMATIC STAY; (V) AUTHORIZING THE DEBTORS' USE OF CASH COLLATERAL;(VI) SCHEDULING A FINAL HEARING; AND (VII) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that on April 27, 2026, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing; (II) Granting Liens and Providing Superpriority Administrative Expense Status;(III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; (V) Authorizing the Debtors' Use of Cash Collateral;(VI) Scheduling a Final Hearing; and (VII) Granting Related Relief* [Docket No. 7] (the "DIP Motion").

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  Impac Mortgage Holdings, Inc. (5505); Copperfield Financial, LLC (7513); Copperfield Capital Corporation (4920); Impac Funding Corporation (4495); Impac Commercial Capital Corporation (0090); Impac Secured Assets Corp. (5871); IMH Assets Corp. (5301); Integrated Real Estate Service Corp. (2263); Impac Mortgage Corp. (3937); Impac Warehouse Lending, Inc. (0541); Synergy Capital Mortgage Corp. (9071); and Impac Warehouse Lending Group, Inc. (3488). The Debtors' mailing address is 19800 MacArthur Blvd., Suite 500, Irvine, CA 92612.

**PLEASE TAKE FURTHER NOTICE** that attached to the DIP Motion is the proposed *Interim Order (I) Authorizing the Debtors to Obtain Postpetition Secured Financing, (II) Granting Liens and Superpriority Administrative Expense Status, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Authorizing the Debtors' Use of Cash Collateral and (VI) Scheduling a Final Hearing*(the "Proposed Interim Order").  A copy of the Proposed Interim Order is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek interim approval of the DIP Motion and entry of the Proposed Interim Order in substantially the form attached hereto at a hybrid hearing (in-person/Zoom video conference) (the "Interim Hearing") before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware (the "Court"), 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801, on **April 28, 2026 at 2:30 p.m. (prevailing Eastern Time)**.  A copy of the DIP Motion may be obtained for a fee through the Court's website at https://www.deb.uscourts.gov, referencing Case No. 25-10593 (CTG), or for free by accessing the website of the Debtors' proposed claims and noticing agent at https://www.veritaglobal.net/ImpacMortgage..

**PLEASE TAKE FURTHER NOTICE** that after the Interim Hearing, the Debtors will serve upon you a complete copy of:  (a) the DIP Motion; (b) any interim order entered by the Court at the Interim Hearing; and (c) notice of the final hearing on the DIP Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to modify, if necessary, the Proposed Interim Order at or before the Interim Hearing.

Dated:  April 27, 2026                    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal
Timothy Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899
Tel:      (302) 652-4100
Email:  ljones@pszjlaw.com
            debertenthal@pszjlaw.com
            tcairns@pszjlaw.com

- and -

**DENTONS US LLP**

Tania M. Moyron (*pro hac vice* pending)
Van C. Durrer, II (DE Bar No. 3827)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Tel:      (213) 623-9300
Email:  tania.moyron@dentons.com
            van.durrer@dentons.com

John D. Beck (*pro hac vice* pending)
Geoffrey M. Miller (*pro hac vice* pending)
1221 Avenue of the Americas
New York, NY 10020
Tel:      (212) 768-6700
Email:  john.beck@dentons.com
            geoffrey.miller@dentons.com

*Proposed Counsel for Debtors and Debtors in Possession*