**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| IMPAC MORTGAGE HOLDINGS, INC., *et al.*, | Case No. 26-10593 (CTG) |
| Debtors. | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010–1 and the attached certification, counsel moves for the admission *pro hac vice* of David K. Shim of Dentons US LLP as counsel to represent the above-captioned debtors and debtors in possession in these cases.

Dated: April 27, 2026

/s/ *Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19899-8705
Telephone: (302) 652-4100
Email: ljones@pszjlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of New York, Connecticut and Massachusetts and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/2023.  I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated:  April 27, 2026

/s/ *David K. Shim*
David K. Shim
Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020
Email: david.shim@dentons.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.

4915-7203-6262.1 40173.00001