**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| IMPAC MORTGAGE HOLDINGS, INC., *et al.*, | Case No. 26-10593 (CTG) |
| Debtors. | (Joint Administration Requested) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Eric J. Seltzer of Lowenstein Sandler LLP to represent Hildene re SPC, Ltd., acting for and on behalf of the account of SP 1, in the above-captioned chapter 11 cases.

Dated: April 27, 2026

*/s/ Alexis L. Sullivan*
Alexis L. Sullivan (No. 7668)
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Email:  asullivan@morrisnichols.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised December 21, 2023.  I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: April 27, 2026

*/s/ Eric J. Seltzer*
Eric. J. Seltzer
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: eseltzer@lowenstein.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.