**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>IMPACT MORTGAGE HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10593 (CTG)<br><br>(Joint Administration Requested) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy for the District of Delaware and the attached certification, counsel moves for the admission *pro hac vice* of David L. Going of Armstrong Teasdale LLP to represent Enterprise Bank & Trust in the above-captioned cases.

Dated: April 27, 2026

**ARMSTRONG TEASDALE LLP**

*/s/ Eric M. Sutty*_____
Eric M. Sutty (No. 4007)
1007 North Market Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 416-9671
Email: esutty@atllp.com

*Counsel to Enterprise Bank & Trust*

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Missouri and the State of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: April 27, 2026

*/s/ David L. Going*_____
David L. Going
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St, Louis, MO 63105
Telephone: (314) 621-5070
Email: dgoing@atllp.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

---

[1] The debtors in the Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number, are: Impact Mortgage Holdings, Inc. (5505); Impact Funding Corporation ... Copperfield Financial, LLC (7513); Copperfield Capital Corporation (4920); Impact Co... ...pact Secured Assets Corp. (5891); IMH Assets Corp. (5301); Integrated Real Estate Se... ...ending, Inc. (0541); Impact Warehouse Lending Group, Inc. (3488); and Synergy Capi... ...' mailing address is 19800 MacArthur Blvd., Suite 500, Irvine, CA 92612.

Dated: April 28th, 2026
Wilmington, Delaware

**CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE**