**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| | Case No. 26-10593 (CTG) |
| IMPAC MORTGAGE HOLDINGS, INC., *et al.*,[1] | (Jointly Administered) |
| Debtors. | |
| | **Re: Docket No. 26** |

<u>AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED ON
APRIL 28, 2026 AT 2:30 P.M.(PREVAILING EASTERN TIME) BEFORE
THE HONORABLE CRAIG T. GOLDBLATT</u>

<u>THIS HEARING WILL BE CONDUCTED REMOTELY</u>

<u>FOR ANY PARTIES WISHING TO ATTEND IN PERSON, THE LOCATION OF
THE HEARING WILL BE AT THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR,
COURTROOM NO. 5, WILMINGTON, DELAWARE.</u>

**<u>This proceeding will be conducted remotely via Zoom.</u>  Please refer to Judge Goldblatt's Chambers Procedures  (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourtappearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.  Registration is required by one-hour prior to] the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  Impac Mortgage Holdings, Inc. (5505); Copperfield Financial, LLC (7513); Copperfield Capital Corporation (4920); Impac Funding Corporation (4495); Impac Commercial Capital Corporation (0090); Impac Secured Assets Corp. (5871); IMH Assets Corp. (5301); Integrated Real Estate Service Corp. (2263); Impac Mortgage Corp. (3937); Impac Warehouse Lending, Inc. (0541); Synergy Capital Mortgage Corp. (9071); and Impac Warehouse Lending Group, Inc. (3488). The Debtors' mailing address is 19800 MacArthur Blvd., Suite 500, Irvine, CA 92612.

**[2] Amended items are in bold.**

4932-8954-3078.5 40173.00001

1. Voluntary Petitions:

   A. Copperfield Financial, LLC [Case No. 26-10591, Docket No. 1]

   B. Copperfield Capital Corporation [Case No. 26-10592, Docket No. 1]

   C. Impac Mortgage Holdings, Inc. [Case No. 26-10593, Docket No. 1]

   D. Impac Funding Corporation [Case No. 26-10594, Docket No. 1]

   E. Impac Commercial Capital Corporation [Case No. 26-10595, Docket No. 1]

   F. Impac Secured Assets Corp. [Case No. 26-10596, Docket No. 1]

   G. IMH Assets Corp. [Case No. 26-10597, Docket No. 1]

   H. Integrated Real Estate Service Corp. [Case No. 26-10598, Docket No. 1]

   I. Impac Mortgage Corp. [Case No. 26-10599, Docket No. 1]

   J. Impac Warehouse Lending, Inc. [Case No. 26-10600, Docket No. 1]

   K. Synergy Capital Mortgage Corp [Case No. 26-10601, Docket No. 1]

   L. Impac Warehouse Lending Group, Inc. [Case No. 26-10602, Docket No. 1]

## **First Day Declaration**

2. Declaration of George A. Mangiaracina in Support of Chapter 11 Petitions and First Day Pleadings [Filed: 4/26/26] (Docket No. 17)

   Status: The Debtors will ask the Court to admit the Declaration into evidence. To the extent the Court or any party in interest has questions regarding the Declaration or the factual bases for the first-day relief, Mr. Mangiaracina will be available on the Zoom platform.

## **Administrative Motions**

3. Motion of Debtors for Entry of an Order (I) Directing Joint Administration Chapter 11 Cases and (II) Granting Related Relief [Filed: 4/26/26] (Docket No. 3)

   Related Documents:

   A. [Signed] Interim Order Authorizing Joint Administration of elated Chapter 11 Cases for Procedural Purposes Only [Filed: 4/27/26] (Docket No. 21)

   Status: A final hearing will go forward on this matter.

2

4. Debtors' Application for Authorization to Employ and Retain Kurtzman Carson Consultants, LLC DBA Verita Global as Claims and Noticing Agent Effective as of the Petition Date [Filed: 4/27/26] (Docket No. 6)

   Status: This matter will go forward.

5. Debtors' Motion Seeking Entry of an Order (I) Authorizing The Debtors to (A) File a Consolidated List of the Debtors' Thirty (30) Largest Unsecured Creditors, and (B) Redact Certain Personally Identifiable Information of Natural Persons, and (II) Granting Related Relief [Filed: 4/27/26] (Docket No. 10)

   Status: This matter will go forward.

**First Day Motions Pertaining to Operations**

6. Motion of Debtors for Approval to (A) Pay Employee Obligations, (B) Continue Employee Benefit Programs, and (C) Related Relief [Filed: 4/26/26] (Docket No. 5)

   Status: This matter will go forward with respect to an interim order.

7. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Management Procedures, Bank Accounts, and Certain Payment Methods; (II) Prohibiting Setoffs and Freezing of Bank Accounts; (III) Modifying Requirements of Section 345(b) of the Bankruptcy Code; (IV) Granting Administrative Expense Status to Postpetition Intercompany Claims; and (V) Granting Related Relief [Filed: 4/27/26] (Docket No. 14)

   Status: This matter will go forward with respect to an interim order.

8. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue (A) Insurance Program, and (B) Prepetition Surety Bonds, and Pay Obligations Arising Thereunder, and (II) Granting Related Relief [Filed: 4/27/26] (Docket No. 11)

   Status: This matter will go forward with respect to an interim order.

9. Motion of the Debtors Pursuant to 11 U.S.C. §§ 105(a) and 366 and Fed. R. Bankr. P. 6003 and 6004 for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections By Utility Companies, (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief [Filed: 4/27/26] (Docket No. 12)

   Status: This matter will go forward with respect to an interim order.

10. Emergency Motion of the Debtors for Entry of Emergency, Interim, and Final Orders (I) Establishing Notification Procedures and Approving Restrictions on Certain Transfers of and Declarations of Worthlessness with Respect to Interests in the Debtors as of the Petition Date; (II) Directing that Any Violations of the Procedures are void ab initio; (III)

4932-8954-3078.5 40173.00001

Scheduling a Final Hearing to Consider Approval of the Motion on a Final Basis; and (IV) Granting Related Relief [Filed: 4/26/26] (Docket No. 4)

Related Documents:

A.     [Signed] Emergency Order Granting Emergency Motion of the Debtors for Entry of Emergency, Interim, and Final Orders (I) Establishing Notification Procedures and Approving Restrictions on Certain Transfers of and Declarations of Worthlessness with Respect to Interests in the Debtors as of the Petition Date; (II) Directing that Any Violations of the Procedures are void ab initio; (III) Scheduling a Final Hearing to Consider Approval of the Motion on a Final Basis; and (IV) Granting Related Relief [Filed: 4/27/26] (Docket No. 22)

B.     **Notice of Emergency Order Granting Emergency Motion of the Debtors for Entry of Emergency Order (I) Establishing Notification Procedures and Approving Restrictions on Certain Transfers of and Declarations of Worthlessness With Respect to Interests in the Debtors as of the Petition Date; (II) Directing That Any Violations of the Procedures are Void Ab Initio; and (III) Granting Related Relief Attention Direct or Indirect Holders, and Prospective Holders, of Stock Issued By the Debtors [Filed: 4/27/26] (Docket No. 25)**

Status: This matter will go forward with respect to an interim order.

## **Motion for DIP Financing**

11.     Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing; (II) Granting Liens and Providing Superpriority Administrative Expense Status;(III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; (V) Authorizing the Debtors' Use of Cash Collateral;(VI) Scheduling a Final Hearing; and (VII) Granting Related Relief [Filed: 4/27/26] (Docket No. 7)

Status: This matter will go forward with respect to an interim order.

## **Motion Related to Confirmation of Plan**

12.     Debtors' Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Establishing Plan and Disclosure Statement Objection and Reply Deadlines and Related Procedures, (III) Approving the Prepetition Solicitation Procedures, (IV) Approving the Notice of Commencement & Confirmation Hearing Notice, and Finding Notice Sufficient, (V) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases, (VI) Waiving the Requirement of Filing Schedules, Statements of Financial Affairs, Rule 2015.3 Reports and Section 341 Meeting of Creditors, and (VII) Granting Related Relief [Filed: 4/27/26] (Docket No. 15)

4932-8954-3078.5 40173.00001

Related Documents:

A.    Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Impac Mortgage Holdings, Inc. and Affiliates Thereof [Filed: 4/27/26] (Docket No. 9)

B.    Joint Prepackaged Chapter 11 Plan of Reorganization of Impac Mortgage Holdings, Inc. and Affiliates Thereof [Filed: 4/27/26] (Docket No. 13)

Status: This matter will go forward.

## Motions for Scheduling

13.    Motion of Debtors for Entry of an Order (I) Approving the Debtors' Assumption of the Restructuring Support Agreement, (II) Authorizing the Debtors to Perform Their Obligations Thereunder, and (III) Granting Related Relief [Filed: 4/27/26] (Docket No. 8)

Status: This matter will go forward for scheduling.

*[Remainder of Page Intentionally Left Blank]*

5

4932-8954-3078.5 40173.00001

Dated:  April 28, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal
Timothy Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899
Tel:      (302) 652-4100
Email:  ljones@pszjlaw.com
            debertenthal@pszjlaw.com
            tcairns@pszjlaw.com

- and -

**DENTONS US LLP**

Tania M. Moyron (*pro hac vice* pending)
Van C. Durrer, II (DE Bar No. 3827)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Tel:      (213) 623-9300
Email:  tania.moyron@dentons.com
            van.durrer@dentons.com

John D. Beck (**admitted *pro hac vice***)
Geoffrey M. Miller (**admitted *pro hac vice***)
1221 Avenue of the Americas
New York, NY 10020
Tel:      (212) 768-6700
Email:  john.beck@dentons.com
            geoffrey.miller@dentons.com

*Proposed Counsel for Debtors and Debtors in Possession*

6