**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:

IMPAC MORTGAGE HOLDINGS, INC., *et al.*,[1]

Debtors.

Chapter 11

Case No. 26-10593 (CTG)

(Joint Administration Requested)

**SUPPLEMENTAL DECLARATION OF EVAN GERSHBEIN IN SUPPORT OF
DEBTORS' APPLICATION FOR AUTHORIZATION TO EMPLOY AND
RETAIN KURTZMAN CARSON CONSULTANTS, LLC DBA VERITA GLOBAL AS
CLAIMS AND NOTICING AGENT EFFECTIVE AS OF THE PETITION DATE**

I, Evan Gershbein, being duly sworn, state the following under penalty of perjury:

1.       I am an Executive Vice President of Corporate Restructuring Services for Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), whose offices are located at 222 N. Pacific Coast Highway, 3rd Floor, El Segundo, California 90245.  Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2.       This supplemental declaration is made in further support of the *Debtors' Application for Authorization to Employ and Retain Kurtzman Carson Consultants, LLC dba Verita Global as Claims and Noticing Agent Effective as of the Petition Date* [Docket No. 6] (the "Application").[2]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  Impac Mortgage Holdings, Inc. (5505); Copperfield Financial, LLC (7513); Copperfield Capital Corporation (4920); Impac Funding Corporation (4495); Impac Commercial Capital Corporation (0090); Impac Secured Assets Corp. (5871); IMH Assets Corp. (5301); Integrated Real Estate Service Corp. (2263); Impac Mortgage Corp. (3937); Impac Warehouse Lending, Inc. (0541); Synergy Capital Mortgage Corp. (9071); and Impac Warehouse Lending Group, Inc. (3488). The Debtors' mailing address is 19800 MacArthur Blvd., Suite 500, Irvine, CA 92612.

[2] Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to them in the Application.

1

3.      Attached hereto as <u>Exhibit A</u> is the Verita Fee Structure as referenced in the

Engagement Agreement, which is attached to the Application as <u>Exhibit 1</u> to the Proposed Order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my information, knowledge and belief.

Dated: April 28, 2026                                    Respectfully submitted,


*/s/ Evan Gershbein*
Evan Gershbein
Executive Vice President
Kurtzman Carson Consultants, LLC dba
Verita Global
Telephone: (310) 823-9000

2