**EXHIBIT A**



# Fee Structure

## Consulting Services & Rates[1]

| Position | Hourly Rate |
| --- | --- |
| Analyst | Waived |

The Analyst processes incoming mail, creditor mail, creditor correspondence and returned mail, and supports the case team with administrative tasks as required.

| Technology/Programming Consultant[2] | $28 - $76 |
| --- | --- |

The Technology/Programming Consultant assists with complex system requests, including unique claim/ballot reporting and custom website updates.

| Consultant/Senior Consultant/Director | $52 - $185 |
| --- | --- |

The Consultant is the day-to-day contact for mailings, including the preparation and filing of affidavits of service (a critical due process component).  He/she also responds to creditor and counsel inquiries, maintains the public access website, identifies actionable pleadings (i.e., claims objections, notices of transfer, withdrawals, etc.) and updates the official claims register. Verita's Consultants average over six years of experience.

The Senior Consultant manages the various data collection processes required by the chapter 11 process.  This includes, among other things, compiling the creditor matrix and Schedules/SOFAs (and generating drafts of same for counsel and advisors), reviewing and processing claims, overseeing contract review, overseeing all mailings and generating custom claim and ballot reports. Verita's Senior Consultants average over seven years of experience.

The Director is the primary contact for the company, counsel and other professionals and oversees and supports the entirety of an engagement. Verita's Directors average over twelve years of experience and are generally former practitioners.

| Securities/Solicitation Consultant | $190 |
| --- | --- |

The Securities Director/Solicitation Consultant is the day-to-day contact and acts as advisor on transactions including balloting with treatment election, rights offers, exchange offers and complex plan distributions. This position handles service of related materials to banks, brokers and agents and manages tabulation and audit processes, preparing detailed reporting of results. In addition, the Solicitation Consultant provides support on all voting, tabulation, Schedule and SOFA services and other additional complex consulting tasks.

| Securities Director/Solicitation Lead | $195 |
| --- | --- |

The Solicitation Lead/Securities Director oversees all activities of the group and provides counsel with respect to solicitation and noticing events ensuring that processes employed are effective and practical for securities depositories, bank, brokers, nominees and their agents. In addition, the Solicitation Lead provides counsel on all voting, tabulation, Schedule and SOFA services and other additional complex consulting tasks.

| Weekend, holidays and overtime | Waived |
| --- | --- |

---

[1] Please note that additional professional services not covered by this proposal will be charged at hourly rates, including any outsourced services performed under our supervision and control.

[2] Certain technology development fees may be applicable.

 veritaglobal.com

# Printing & Noticing Services

| Service | Fee |
| --- | --- |
| Printing | $0.10 per image (volume discounts apply) |
| Document folding and inserting | Waived |
| Envelopes | Varies by size |
| E-mail noticing | Waived[3] |
| Fax noticing | $0.05 per page |
| Public Securities Events | Varies by Event |
| Claim Acknowledgement Card | Waived |
| Insert creditor information into customized documents | Waived |
| Newspaper | Quote prior to publishing |

# Claims Administration & Management Expenses

| Service | Fee |
| --- | --- |
| License fee and data storage | $0.10 per record per month |
| Database and system access (unlimited users) | Waived |
| Custom client reports | Waived |
| Access to Verita CaseView (secure, password protected) | Waived |
| Proprietary, secured, password protected portal for unlimited users. Comprehensive case data, including extensive real time analytics on claim, solicitation and processing information. Functionality to run or request customized reports summarizing case analytics | |

# Verita eServices

| Service | Fee |
| --- | --- |
| Case website set up & hosting | Waived |
| Automated updates of case docket and claims register | Waived |
| Online claims filing (ePOC) | Waived |

---

[3] A set-up fee for email services larger than 50 parties may apply. This set-up fee varies depending on the total number of parties

 **veritaglobal.com**

## Document Management/Imaging

| Service | Fee |
| --- | --- |
| Electronic imaging (scanning & bar coding) | $0.10 per imaged page |
| Virtual Data Room | Quote prior to VDR set-up |
| CD-ROMS (mass document storage) | Varies upon requirements |

## Call Center Support Services

| Service | Fee |
| --- | --- |
| Case-specific voice-mail box for creditors | Waived |
| Interactive Voice Response ("IVR") | Set-up and per minute fee waived |
| Monthly maintenance charge | Waived |
| Management of call Center | Standard hourly rates |

## Disbursements

| Service | Fee |
| --- | --- |
| Check issuance | Quote prior to printing |
| W-9 mailing and maintenance of TIN database | See hourly rates and noticing charges |