**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>IMPAC MORTGAGE HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10593 (CTG)<br><br>(Jointly Administered) |

**APPLICATION TO APPEAR PURSUANT TO LOCAL RULE 9010-1(e)(ii)**

I, Van C. Durrer, II, a Partner with the law firm of Dentons US LLP, respectfully request the approval of this Court to appear as counsel to Impac Mortgage Holdings, Inc., *et al.*, in the above-captioned cases on behalf of the debtors and debtors in possession (the "Debtors"), pursuant to Rule 9010-1(e)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").   Local Rule 9010-1(e)(ii) provides that "[a]ttorneys who are admitted to the Bar of the District Court and in good standing, but do not maintain an office in the District of Delaware, may appear on behalf of parties upon approval by the Court." Del. Bankr. L.R. 9010-1(e)(ii).

I am admitted to and in good standing with the Bar of the United States District Court for the District of Delaware.  I do not maintain an office for the practice of law in the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  Impac Mortgage Holdings, Inc. (5505); Copperfield Financial, LLC (7513); Copperfield Capital Corporation (4920); Impac Funding Corporation (4495); Impac Commercial Capital Corporation (0090); Impac Secured Assets Corp. (5871); IMH Assets Corp. (5301); Integrated Real Estate Service Corp. (2263); Impac Mortgage Corp. (3937); Impac Warehouse Lending, Inc. (0541); Synergy Capital Mortgage Corp. (9071); and Impac Warehouse Lending Group, Inc. (3488). The Debtors' mailing address is 19800 MacArthur Blvd., Suite 500, Irvine, CA 92612.

4919-7792-7590.1 40173.00001

District of Delaware.   My office is located in Los Angeles, California, at the address indicated below.

I respectfully request that the Court enter the proposed order, in the form attached hereto, approving my appearance and allowing me to file pleadings and other documents in this bankruptcy case pursuant to Local Rule 9010-1(e)(ii).

Dated: April 28, 2026

**DENTONS US LLP**

/s/ Van C. Durrer II
Van C. Durrer, II (DE No. 3827)
601 S. Figueroa Street #2500
Los Angeles, CA  90017
Telephone:     (213) 623-9300
Email:     van.durrer@dentons.com

*Proposed Counsel for Debtors and Debtors in Possession*

4919-7792-7590.1 40173.00001