### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>IMPAC MORTGAGE HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10593 (CTG)<br><br>(Jointly Administered)<br><br>Re: Docket No. 54 |

**ORDER APPROVING APPEARANCE PURSUANT TO LOCAL RULE 9010-1(e)(ii)**

This matter coming before the Court upon the application (the "Application") of Van C. Durrer, II of Dentons US LLP, to appear as counsel to Impac Mortgage Holdings, Inc., *et al.*, in the above-captioned cases on behalf of the debtors and debtors in possession (the "Debtors"), pursuant to Local Rule 9010-1(e)(ii); and the Court having reviewed the Application and determined that the relief sought therein is appropriate; it is hereby.

ORDERED, that Van C. Durrer, II may appear and file pleadings and other documents in the above-captioned case pursuant to Local Rule 9010-1(e)(ii).

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: April 28th, 2026**
**Wilmington, Delaware**

4919-7792-7590.1 40173.00001