## EXHIBIT B

(Notice)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>IMPAC MORTGAGE HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10593 (CTG)<br><br>(Jointly Administered)<br><br><br>**Hearing Date:** May 22, 2026 at 3:30 p.m. ET<br>**Objection Deadline:** May 15, 2026 at 5:00 p.m. ET |

**NOTICE OF THE APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER
(I) AUTHORIZING EMPLOYMENT AND RETENTION, PURSUANT TO § 327(a) OF THE
BANKRUPTCY CODE, RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE, AND LOCAL RULE 2014-1, OF DEVELOPMENT SPECIALISTS, INC. AS
FINANCIAL ADVISOR FOR THE DEBTORS AND DEBTORS IN POSSESSION, EFFECTIVE
AS OF THE PETITION DATE; AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on May 1, 2026, Impac Mortgage Holdings, Inc. and the above-referenced affiliated debtors and debtors in possession (collectively, the "Debtors") filed the *Application of the Debtors for Entry of an Order (I) Authorizing Employment and Retention, Pursuant to § 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1, of Development Specialists, Inc. as Financial Advisor for the Debtors and Debtors in Possession, Effective as of the Petition Date; and (II) Granting Related Relief* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Application is attached hereto.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Impac Mortgage Holdings, Inc. (5505); Copperfield Financial, LLC (7513); Copperfield Capital Corporation (4920); Impac Funding Corporation (4495); Impac Commercial Capital Corporation (0090); Impac Secured Assets Corp. (5871); IMH Assets Corp. (5301); Integrated Real Estate Service Corp. (2263); Impac Mortgage Corp. (3937); Impac Warehouse Lending, Inc. (0541); Synergy Capital Mortgage Corp. (9071); and Impac Warehouse Lending Group, Inc. (3488). The Debtors' mailing address is 19800 MacArthur Blvd., Suite 500, Irvine, CA 92612.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of an order with respect to the relief sought in the Application must be filed with the Bankruptcy Court on or before **May 15, 2026, at 5:00 p.m., prevailing Eastern Time.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (a) proposed counsel to the Debtors, Dentons US LLP, 601 S. Figueroa Street, #2500, Los Angeles, CA 90017, Attn: Tania M. Moyron (tania.moyron@dentons.com) and Van C. Durrer, II (van.durrer@dentons.com), Dentons US LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: John Beck (john.beck@dentons.com); (b) proposed local counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19899, Attn: Laura Davis Jones (ljones@pszjlaw.com) and Timothy Cairns (tcairns@pszjlaw.com); and (c) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 25, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THIS APPLICATION WILL BE HELD ON **MAY 22, 2026 AT 3:30 P.M., PREVAILING EASTERN TIME** VIA ZOOM VIDEOCONFERENCE BEFORE THE HONORABLE CRAIG T. GOLDBLATT, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.

Dated: May 1, 2026 **PACHULSKI STANG ZIEHL & JONES LLP**

_/s/ Laura Davis Jones_  
Laura Davis Jones (DE Bar No. 2436)  
David M. Bertenthal  
Timothy Cairns (DE Bar No. 4228)  
919 North Market Street, 17th Floor  
Wilmington, DE 19899  
Tel:    (302) 652-4100  
Email:  ljones@pszjlaw.com  
       debertenthal@pszjlaw.com  
       tcairns@pszjlaw.com

-and -

**DENTONS US LLP**

Tania M. Moyron (admitted _pro hac vice_)  
Van C. Durrer, II (DE Bar No. 3827)  
601 S. Figueroa Street Suite 2500  
Los Angeles, CA 90017  
Telephone:  (213) 623-9300  
Email:  tania.moyron@dentons.com  
van.durrer@dentons.com

John D. Beck (admitted _pro hac vice_)  
Geoffrey M. Miller (admitted _pro hac vice_)  
1221 Avenue of the Americas  
New York, NY 10020  
Telephone: (212) 768-6700  
Email:  john.beck@dentons.com  
       geoffrey.miller@dentons.com

_Proposed Counsel for Debtors and Debtors in Possession_

3