# EXHIBIT C

(Rule 2016 Statement)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>IMPAC MORTGAGE HOLDINGS, INC., *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 26-10593 (CTG)<br><br>(Jointly Administered) |

**STATEMENT UNDER RULE 2016 OF THE**
**FEDERAL RULES OF BANKRUPTCY PROCEDURE**[2]

Development Specialists, Inc. ("DSI"), pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and § 329 of title 11 of the United States Code, §§ 101 *et seq.* (the "Bankruptcy Code"), states that the undersigned is financial advisor to Impac Mortgage Holdings, Inc. and the above-referenced affiliated debtors and debtors in possession (collectively, the "Debtors") in these chapter 11 cases (the "Chapter 11 Cases"). It further states:

1.      The Debtors have agreed to pay DSI for the financial advisory services that have been or will be rendered by its various professionals in connection with these Chapter 11 Cases on the Debtors' behalf. The Debtors have also agreed to reimburse DSI for its actual and necessary expenses incurred in connection with these cases. DSI has received payments from the Debtors

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Impac Mortgage Holdings, Inc. (5505); Copperfield Financial, LLC (7513); Copperfield Capital Corporation (4920); Impac Funding Corporation (4495); Impac Commercial Capital Corporation (0090); Impac Secured Assets Corp. (5871); IMH Assets Corp. (5301); Integrated Real Estate Service Corp. (2263); Impac Mortgage Corp. (3937); Impac Warehouse Lending, Inc. (0541); Synergy Capital Mortgage Corp. (9071); and Impac Warehouse Lending Group, Inc. (3488). The Debtors' mailing address is 19800 MacArthur Blvd., Suite 500, Irvine, CA 92612.

[2] Capitalized terms, unless otherwise defined herein, shall have the meanings ascribed to them in the *Application of the Debtors for Entry of an Order (I) Authorizing Employment and Retention, Pursuant to § 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1, of Development Specialists, Inc. as Financial Advisor for the Debtors and Debtors in Possession, Effective as of the Petition Date; and (II) Granting Related Relief* (the "Application").

during the ninety (90) days prior to the Petition Date in the amount of $110,865.57, in connection with the preparation of initial documents and the prepetition representation of the Debtors. DSI was also paid a prepetition retainer prior to the ninety (90) days prior to the Petition Date and has partially utilized this retainer in connection with these tasks.  DSI is current and has completed final reconciliation of the amount expended prepetition.  The remaining balance of the prepetition retainer has been credited to the Debtors and will continue to be utilized as DSI's retainer to apply to postpetition fees and expenses pursuant to the compensation procedures approved by this Court.

2.      DSI will seek approval for the payment of compensation by filing the appropriate applications for allowance of interim or final compensation pursuant to §§ 330 and 331, the Bankruptcy Rules, the Local Rules, and orders of this Court. The filing fees for the Debtors have been paid in full.

3.      The services to be rendered include all those services set forth in the Application, submitted concurrently herewith.

4.      DSI further states that it has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with professionals of DSI, or (b) any compensation another person or party has received or may have received.

Executed this 1st day of May 2026, at Los Angeles, California.

/s/ Eric J. Held
_____
Eric J. Held
Senior Managing Director
Development Specialists, Inc.

2