**EXHIBIT F**

(Engagement Letter)

**DSI**® **Development Specialists, Inc.**
*Advisory and Fiduciary Services • Corporate Restructuring and Workouts • Interim Management • Insolvency Services*

November 27, 2024

Joe Joffrion, SVP General Counsel
Impac Mortgage Holdings, Inc.
4000 MacArthur Boulevard, Suite 6000
Newport Beach, CA 92660
Email: joe.joffrion@impacmail.com

   Re:  Engagement Agreement

Dear Mr. Joffrion:

Please accept this letter as the formal written agreement (the "Agreement") for Development Specialists, Inc. ("DSI") to provide financial advisory and consulting services to Impac Mortgage Holdings, Inc. (the "Client") in connection with the Client's potential bankruptcy filing (the "Matter"). If the Client files bankruptcy, DSI acknowledges that the terms and conditions of this Agreement are subject to bankruptcy court approval.

Section 1:  Nature of Engagement

DSI will provide the following services (the "Services") to the client:

1. Assist in the preparation of the schedules, statement of financial affairs, and other documents connected with and necessary to the commencement of a bankruptcy case.
2. Render financial advice and participate in meetings or negotiations with stakeholders in connection with the restructuring, modification or refinancing of the Client's existing obligations.
3. Assist the Client and counsel with respect to valuation issues related to any sale of assets or securities and/or enterprise or distribution values under any plan proposed during a chapter 11 case.
4. Attending meetings and assist in communications with parties in interest and their professionals, including the Client's secured lenders, any official committee(s) appointed pursuant to the Bankruptcy Code, and the Office of the United States Trustee.
5. Perform such other tasks as agreed to by the Client and DSI consistent with the role of a professional providing financial advisory and consulting services and not duplicative of services provided by other professionals in the Client's bankruptcy case.

**LOS ANGELES**

333 South Grand Avenue, Suite 4100 • Los Angeles, California 90071 • Telephone: 213.617.2717 • Fax: 213.617.2718 • www.DSIConsulting.com

SAN FRANCISCO • NEW YORK • CHICAGO • MIAMI/FT. LAUDERDALE • LONDON • WILMINGTON • COLUMBUS • MADISON

Mr. Joe Joffrion
November 27, 2024
Page 2

DSI's ability to adequately perform pursuant to this Agreement is dependent upon the Client providing access to reliable, accurate and complete necessary information.

Section 2:  Other Engagement Activities

DSI agrees that it will not work for or represent any person or entity other than the Client in connection with the matter.

Section 3:  Relationship of the Parties

DSI will provide financial advisory and consulting services to and for the Client. Specifically, the parties intend that an independent contractor relationship will be created by this Agreement. Employees of DSI are not to be considered employees of the Client and are not entitled to any of the benefits that the Client provides for its employees, unless written modification is made to this Agreement.

The Client acknowledges that all advice (written or oral) given by DSI to the Client in connection with DSI's engagement is intended solely for the benefit and use of the Client and that no third party is entitled to rely on any such advice or communication. DSI will in no way be deemed to be providing services for any person not a party to this Agreement.

Section 4:  Confidentiality and Communications

a.      All communications from DSI in connection with its work under this Agreement shall be addressed to Client except as authorized in writing by Client.  DSI may retain copies of materials acquired in the course of this engagement from third parties for future use by DSI so long as such use is consistent with any protective order or other confidentiality agreement associated therewith and so long as such materials do not contain proprietary, confidential or trade secret information about the Client or any of its parents, affiliates or predecessors.

b.      All documents and other work product prepared by DSI and delivered to the Client under this Agreement (the "Deliverables") shall remain or become the property of the Client to the extent of DSI's right to convey ownership thereto; provided, however, nothing herein shall be construed to assign or transfer any intellectual property rights or works of authorship, and all ideas, concepts, know-how, methods, processes, improvements and derivatives, whether or not copyrightable, used or created by DSI to develop the Deliverables ("DSI Materials") and all such DSI Materials shall be the sole and exclusive property of DSI so long as such materials do not contain proprietary, confidential or trade secret information about the Client or any of its parents, affiliates or predecessors.  To the extent such DSI Materials are delivered with or as part of a Deliverable, they are not assigned to the Client.

c.      Documents received by the Client's counsel or other attorneys in the course of the Matter may be subject to a protective agreement or order.  In connection with DSI's activities

 Development Specialists, Inc.

Mr. Joe Joffrion
November 27, 2024
Page 3

under this Agreement, DSI agrees to be bound by the terms of any such protective agreement or order, a copy of which shall be given to DSI at the earliest practicable time, so that DSI may have access to such documents and understand its rights and obligations under such agreement or order.

      d.      DSI agrees that all information not publicly available that is received by DSI from the Client in connection with this Agreement or that is developed during this engagement, will be treated as confidential and will not be disclosed by DSI, except as required by court order, or other legal process, or as may be authorized by the Client. DSI shall not be required to defend against any action to obtain an order requiring disclosure of such information but shall instead give prompt notice of any such action to the Client, so that it may seek appropriate remedies, including a protective order. The Client shall reimburse DSI for all costs and fees (including reasonable attorney's fees and internal time devoted by DSI employees) incurred by DSI, whether during the pendency of this engagement or thereafter, relating to responding to (whether by objecting to or complying with) any subpoenas or requests for production of information or documents.

Section 5:  Indemnity, Limitation of Liability

Client shall indemnify, hold harmless and defend DSI from and against any and all claims, liability, loss, cost, damage or expense (including reasonable attorney's fees) asserted against or incurred by any of DSI, including addressing or responding to a subpoena or court order arising out of or in connection with this Agreement, or performance under this Agreement, except where it is determined in a final judgment by a court of competent jurisdiction (not subject to further appeal) that such claim, liability, loss, cost, damage or expense is the direct result of the willful misconduct, dishonesty, fraudulent act or omission, or gross negligence of DSI.  Such indemnity shall survive the expiration or termination by either party of this Agreement.

DSI shall not be liable to the Client or any party asserting claims on their behalf, except for direct damages found in a final determination by a court of competent jurisdiction (not subject to further appeal) to be the direct result of the bad faith, self-dealing or intentional misconduct of DSI.  DSI's aggregate liability, whether in tort, contract or otherwise, is limited to the amount of fees paid to DSI for the Services (the "Liability Cap").  The Liability Cap is the total limit of DSI's aggregate liability for any and all claims or demands by anyone pursuant to this Agreement, including liability to the Client, to any other parties hereto, and to any others making claims relating to the work performed by DSI pursuant to this Agreement.

Section 6:  Termination

The Client or DSI may terminate this Agreement at any time upon thirty (30) days' notice in writing.  If the right of termination is exercised, DSI shall, as concurrently requested by the Client, bring to an orderly conclusion any project or projects on which it is then working in connection with this Agreement and deliver any completed work product to the Client within thirty (30) days of the notice of termination; provided, however, the Client shall be obligated to pay and/or

 **Development Specialists, Inc.**

Mr. Joe Joffrion
November 27, 2024
Page 4

reimburse DSI all fees and expenses accrued under this Agreement as of the effective date of the termination prior to the delivery of such work product.

Section 7:  Survival

All parties' obligations under this Agreement, except those specifically limited to the period of DSI's employment during the pendency of the Matter, shall survive the termination or expiration of this Agreement, including the provisions of this Agreement relating to indemnification, limitation of liability, the non-solicitation or hiring of DSI employees, and all other provisions necessary to the enforcement of the intent of this Agreement.

Section 8:  Compensation and Retainer

DSI shall be paid fees based on the time actually spent by its staff members at their standard billing rates (as may be adjusted from time to time) on an hourly basis.  Bradley D. Sharp will be the primary consultant and the following are the hourly rates for Mr. Sharp and professionals expected to assist with the Services:

| | |
|---|---|
| Bradley D. Sharp | $815.00 |
| Eric Held | $625.00 |
| Spencer Ferrero | $470.00 |
| Daniel Ungheanu | $430.00 |
| Rowen Dizon | $280.00 |
| Henry Pontak | $275.00 |

Others, at regular hourly rates, may also be chosen for specific duties and their identities, backgrounds and rates will be discussed with the Client, and approved by the Client, as they are assigned to this engagement.  The billing rates of the other consultants that may be involved range from $190 to $620 per hour.  Mr. Sharp will coordinate the assignments of the other consultants and be principally responsible for managing the relationship between DSI and the Client.

Billing rates are adjusted as of January 1 of each year to reflect advancing experience, capabilities, and seniority of our professionals as well as general economic factors.

The Client acknowledges that DSI's compensation shall be payable regardless of the substance of the opinions, if any, formed in this Matter or the outcome of the Matter or any discrete matter, including denial of the motion to approval a cash collateral order, within the Matter.

DSI will produce monthly invoices separately identifying its fees and expenses and will provide such invoices to the Client for review and payment.  Invoices shall be paid within thirty (30) days of the date of receipt by the Client and / or approval by the Bankruptcy Court and shall be the sole responsibility of the Client.

 **DSI**® **Development Specialists, Inc.**

Mr. Joe Joffrion
November 27, 2024
Page 5

Subject to a court order or written agreement providing for an alternative procedure, the Client agrees to communicate any disagreement with or question about any amount due under any invoice to DSI in writing within 30 days of the date of receipt of the invoice by the Client. Any claim not made in writing within the time period will be deemed waived.

DSI also will be entitled to reimbursement for its reasonable costs and expenses. Such costs and expenses may include, among others, charges for messenger services, overnight deliveries, photocopying, travel expenses, long distance telephone charges, postage and other charges customarily invoiced by consulting firms. Airfare for domestic flights will be charged at economy/coach fares; international flights will be charged at the business class fare.

DSI requires receipt of a retainer in the amount of $100,000 before performing any of the Services. The purpose of the retainer is to secure a portion of our fees and expenses and to retain our status as a non-creditor should such be required for DSI to continue to provide the Services.

Any retainer balance remaining at the time DSI issues its final invoice will be applied to such final invoice. If the retainer exceeds the amount of our final invoice, we will refund the difference to you at that time. In the event that periodic invoices are not paid in a timely manner, we will apply the retainer to the amounts owing on such invoices and, if applicable, any related late charges, and we will stop work until the retainer is replenished to the full amount required. If the retainer is not replenished within ten (10) days after the application of the retainer to unpaid balances, DSI may stop work until such unpaid balances are satisfied or, in its discretion, to terminate this Agreement in accordance with the provisions of Section 6 of this Agreement.

Section 9:  Conflicts

By executing this Agreement, the Client specifically waives any objection, or standing to object, to the retention, in matters unrelated to the Client, of DSI by banks or other institutional lenders or debt holders who are or whose affiliates are lenders to the Client.

Section 10:  No Audit

DSI's engagement shall not constitute an audit, review or compilation, or any other type of financial statement reporting engagement that is subject to the rules of AICPA or other such state and national professional bodies. It is beyond the scope of the Services to identify deficiencies in record keeping practices or procedures, errors or irregularities in financial statements or the Client's books and records.

Section 11:  Governing Law

This Agreement shall be governed by and construed in accordance with the laws of the State of California.

 **DSI**® **Development Specialists, Inc.**

Mr. Joe Joffrion
November 27, 2024
Page 6

Section 12:  Entire Agreement, Amendment

This Agreement contains the entire understanding of the parties relating to the subject matter of this engagement letter and supersedes and is intended to nullify any other agreements, understandings or representations relating to the Matter that is the subject of this Agreement.  This Agreement may not be amended or modified except in a writing signed by the parties.

If you are in agreement with the foregoing, please sign an original copy of this Agreement on the signature line below and return one fully-executed agreement to DSI's Los Angeles office.

Sincerely yours,

Bradley D. Sharp


AGREED AND ACCEPTED:

Impac Mortgage Holdings, Inc.


By: _____          Dated: _____
        Joe Joffrion
        SVP General Counsel

