**Exhibit C**

**Jones Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| IMPAC MORTGAGE HOLDINGS, INC., *et al.*,[1] | ) | Case No. 26-10593 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF LAURA DAVIS JONES
IN SUPPORT OF DEBTORS' APPLICATION FOR AUTHORIZATION
TO EMPLOY AND RETAIN PACHULSKI STANG ZIEHL & JONES LLP
AS CO-COUNSEL FOR THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**

I, LAURA DAVIS JONES, ESQUIRE, declare under penalty of perjury as follows:

1.      I am a partner in the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), located at 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, and I have been duly admitted to practice law in the State of Delaware, the United States District Court for the District of Delaware, the United States Court of Appeals for the Third Circuit, and the United States Supreme Court.  This Declaration is submitted in support of the *Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors Effective as of the Petition Date* (the "Application"), which is being submitted concurrently herewith.[2]

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  Impac Mortgage Holdings, Inc. (5505); Copperfield Financial, LLC (7513); Copperfield Capital Corporation (4920); Impac Funding Corporation (4495); Impac Commercial Capital Corporation (0090); Impac Secured Assets Corp. (5871); IMH Assets Corp. (5301); Integrated Real Estate Service Corp. (2263); Impac Mortgage Corp. (3937); Impac Warehouse Lending, Inc. (0541); Synergy Capital Mortgage Corp. (9071); and Impac Warehouse Lending Group, Inc. (3488).  The Debtors' mailing address is 19800 MacArthur Blvd., Suite 500, Irvine, CA 92612.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

2.      Neither I, the Firm, nor any partner, of counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, the Debtors' creditors, or any other parties in interest herein, or their respective attorneys, except as set forth below.

3.      The Debtors have and will retain various professionals during the pendency of these chapter 11 cases, including Dentons US LLP ("Dentons") as counsel and Kurtzman Carson Consultants, LLC dba Verita Global as claims and noticing agent.  The Debtors may retain other professionals after the date hereof.  PSZ&J has previously worked with, and will continue to work with, these referenced professionals on various representations, at times representing the same parties and at other times representing parties with similar interests or parties with adverse interests.

4.      PSZ&J represents many committees whose members may be creditors in these chapter 11 cases.  However, PSZ&J is not representing any of those entities in these chapter 11 cases and will not represent any members of the committees it currently represents in any claims that they may have collectively or individually against the Debtors.

5.      PSZ&J was engaged prior to the Petition Date to represent the Debtors.  At the time of its engagement, PSZ&J began a full and thorough conflict review of potential parties in interest in these chapter 11 cases (the "Potential Parties in Interest").  A list of the Potential Parties in Interest is attached hereto as **Schedule 1**.

6.      The Firm maintains an electronic client database of current and former clients to permit the electronic searching of all potential parties in interest in new cases for connections to the Firm's clients.  The Firm searched this client database to determine whether it had any relationships with the Potential Parties in Interest listed on **Schedule 1**.

7.      To the best of my knowledge, and except as otherwise set forth herein, PSZ&J:

      a.     is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code;

      b.     does not hold or represent any interest adverse to the Debtors' estates; and

      c.     does not have any connection with any of the Debtors, their affiliates, their creditors, or any other party in interest, or their respective attorneys and professionals, the U.S. Trustee, or any person employed in the office of the same, or any judge in the United States Bankruptcy Court for the District of Delaware or any person employed in the office of the same.

8.     PSZ&J also solicited information regarding possible connections to the Debtors by firm-wide email and has determined that, except as otherwise set forth herein:

      a.     Neither PSZ&J nor any attorney at PSZ&J holds or represents an interest adverse to the Debtors' estates;

      b.     Neither PSZ&J nor any attorney at PSZ&J is or was a creditor or an insider of the Debtors, except that PSZ&J previously has rendered legal services to the Debtors for which it has been compensated as disclosed in the Application;

      c.     Neither PSZ&J nor any attorney at PSZ&J is or was, within two years before the Petition Date, a director, officer, or employee of the Debtors; and

      d.     PSZ&J does not have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of holding debt or equity securities of the Debtors, or any other direct or indirect relationship to, connection with, or interest in the Debtors specified in the foregoing paragraphs, or for any other reason.

9.     PSZ&J has instituted and will continue to engage in further inquiries regarding the Debtors' constituencies and parties in interest through further inquiries of its partners, counsel, and associates with respect to the matters contained herein.  PSZ&J will promptly file a supplemental declaration should the results of these inquiries reveal material facts not disclosed herein.

10.     PSZ&J has received payments from the Debtors during the year prior to the Petition Date in the amount of $130,000.00 in connection with the preparation of initial documents and the prepetition representation of the Debtors.  PSZ&J is current as of the Petition Date but has not yet completed a final reconciliation as of the Petition Date.  Upon final reconciliation of the amount

actually expended prepetition, any balance remaining from the payments to PSZ&J will be credited to the Debtors and used as PSZ&J's retainer to apply to postpetition fees and expenses pursuant to the compensation procedures approved by the Court.

11.     PSZ&J intends to apply for compensation for professional services rendered in connection with these chapter 11 cases, subject to Court approval and in compliance with applicable provisions of the Bankruptcy Code, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by PSZ&J.  The current standard hourly rates of the attorneys and paralegals of PSZ&J are as follows:

|   |   |   |
|---|---|---|
| a. | Partners | $1,150.00 to $2,695.00 per hour |
| b. | Counsel | $1,175.00 to $2,050.00 per hour |
| c. | Associates | $725.00 to $1,350.00 per hour |
| d. | Paralegals | $625.00 to $650.00 per hour |

12.     The hourly rates set forth above are the Firm's standard hourly rates for work of this nature and are subject to periodic adjustment.  These rates are set at a level designed to compensate the Firm fairly for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the clients' cases.  The expenses charged to clients include, among other things, costs related to messenger services, secretarial overtime, computerized legal research, filing fees, court fees, service costs, expert witnesses, records procurement, deposition fees and charges, costs of trial, telecopy charges, postage, and photocopying.  The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients and in compliance with the rules

of this Court. The Firm believes that it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

13. Pursuant to the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under United States Code by Attorneys in Larger Chapter 11 Cases* (the "2013 UST Guidelines"), the Firm makes certain disclosures herein.

14. Pursuant to Part D1 of the 2013 UST Guidelines, PSZ&J is seeking employment as co-counsel for the Debtors under section 327 of the Bankruptcy Code, and it hereby provides the following responses set forth below:

| Questions required by Part D1 of 2013 UST Guidelines | Answer | Further Explanation |
|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? | No. | N/A |
| Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? | No. | N/A |

| If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If your billing rates and material financial terms have changed postpetition, explain the difference and reasons for the difference. | PSZ&J represented the client during the 12-month period prepetition.  The material financial terms for the prepetition engagement remained the same, as the engagement was hourly-based subject to economic adjustment.

The billing rates and material financial terms for the postpetition period remain the same as the prepetition period subject to an annual economic adjustment.  The standard hourly rates of PSZ&J are subject to periodic adjustment in accordance with the Firm's practice. | None. |
| Has your client approved your respective budget and staffing plan, and, if so, for what budget period? | The Debtors and PSZ&J expect to develop a prospective budget and staffing plan to comply with the U.S. Trustee's requests for information and additional disclosures, recognizing that in the course of these large chapter 11 cases there may be unforeseeable fees and expenses that will need to be addressed by the Debtors and PSZ&J. | In accordance with the 2013 UST Guidelines, the budget may be amended as necessary to reflect changed circumstances or unanticipated developments. |

15.     Pursuant to Part F of the 2013 UST Guidelines, PSZ&J is proposed to serve as co-counsel for the Debtors, with Dentons as primary counsel.  Dentons shall have primary responsibility for the services disclosed in its retention application filed with the Court, except as may be noted herein.  To disclose the division of labor and to avoid unnecessary duplication of services, PSZ&J is proposed to provide the following professional services for its engagement:

> a.      preparing schedules of assets and liabilities, statement of financial affairs, schedules of income and expenditures, lists of creditors and equity security

holders, statements of executory contracts and unexpired leases, and master mailing list;

b. preparing, where appropriate, the assumption or rejection of executory contracts or unexpired leases, postpetition financing arrangements and use of cash collateral, or the sale of assets;

c. negotiating, preparing, and implementing a plan of reorganization;

d. assisting in the preparation of a disclosure statement;

e. appearing at the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code;

f. representing the Debtors at hearings in this Court concerning the Debtors or the chapter 11 cases;

g. representing the Debtors in litigation in this Court related to bankruptcy issues; and

h. advising the Debtors generally regarding their rights and responsibilities as debtors in possession under the Bankruptcy Code and the Bankruptcy Rules.

16. To the extent that PSZ&J is assigned by the Debtors, in consultation with Dentons, to perform new matters as requested by the Debtors that may be necessary and proper in these proceedings and that are materially different from the above-described services, PSZ&J will file a supplemental declaration in accordance with Bankruptcy Rule 2014, as required by Part F.1.c of the 2013 UST Guidelines.

*[Remainder of Page Intentionally Left Blank]*

17.    No promises have been received by the Firm or by any partner, of counsel, or associate thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code.  The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these chapter 11 cases, except among the partners, of counsel, and associates of the Firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 1, 2026                         */s/ Laura Davis Jones*
                                                              Laura Davis Jones

## Schedule 1

### Potential Parties in Interest

**SCHEDULE 1**
**IMPAC MORTGAGE HOLDINGS, INC. PARTIES IN INTEREST**

1. Debtors
2. Directors & Officers
3. Significant Equity Holders
4. Bankruptcy Judges & Staff
5. Bankruptcy Professionals
6. Banks/Lender/UCC Lien Parties/Administrative Agents
7. Insurance
8. Surety & Letters of Credit
9. Taxing Authority/Governmental /Regulatory Agencies
10. Other Significant Creditors
11. U.S. Trustee Personnel
12. MLPA-Correspondent
13. MLPA- Flow
14. MLPA - Scratch & Dent
15. MLPA -Whole Loan Sale

**Debtors**
Impac Mortgage Holdings, Inc.
Copperfield Financial, LLC
Copperfield Capital Corporation
Impac Funding Corporation
Impac Commercial Capital Corporation
Impac Secured Assets Corp.
IMH Assets Corp.
Integrated Real Estate Service Corp.
Impac Mortgage Corp.
Impac Warehouse Lending, Inc.
Synergy Capital Mortgage Corp.
Impac Warehouse Lending Group, Inc.

**Directors & Officers**
Joe Piscina
George A. Mangiaracina

**Significant Equity Holders**
Richard H. Pickup
Camac Partners, LLC
RHP Trust, dated May 31, 2011
Sara-Bay Financial
Todd M. Pickup
Carol M. Pickup 2011 Revocable Trust
Pickup Living Trust
Dito Caree Limited Partnership
Dito Devcar Limited Partnership
Pickup Grandchildren's Trust
George A. Mangiaracina
Plus Four Equity Partners, L.P.
Vintage Trust, dated October 28, 1993
Peter F. Fillips
Katherine J. Blair
Tiffany M. Entsminger
Justin R. Moisio

**Bankruptcy Judges & Staff**
Karen B. Owens
Craig T. Goldblatt
Thomas M. Horan
Brendan L. Shannon
Laurie Selber Silverstein
Kate Stickles
Mary F. Walrath
Stephen L. Grant (Clerk of Court)

2

**Bankruptcy Professionals**
Dentons US LLP
Pachulski Stang Ziel & Jones LLP
Lowenstein Sandler
Morris Nichols
Proskauer
Development Specialists, Inc.

**Banks/Lender/UCC Lien Parties/Administrative Agents**
Trinity Park Investments, LLC
Hildene Re SPC, Ltd.
Vintage Truste II
Credit Suisse First Boston Mortgage Capital LLC
Merchants Bank of Indiana
Wells Fargo Bank, N.A.
IMPAC CMB Trust Series 2002-9f
IMPAC CMB Trust Series 2003-2f
IMPAC Nim Trust 2005-2N
IMPAC Nim Trust 2006-
IMPAC CMB Trust Series 2003-8
Texas Bank  Texas Capital Bank, N.A
RHP Trust
Bankers Trust Company of California, N.A.
Deutsche Bank National Trust Company, N.A
Hewlett-Packard Financial Services Company

**Insurance**
Allianz Life Insurance
Federal Insurance Company/Chubb
Travelers Property Casualty Co. of America
Lloyd's
AIG
AXA XL
Sompo
Applied
Hartford
Bowhead
Convex
IQUW

**Surety & Letters of Credit**
Enterprise Bank & Trust
Liberty Mutual Insurance Company

**Taxing Authority/Governmental /Regulatory Agencies**

3

Secretary of the Treasury Delaware
Securities & Exchange Commission
Internal Revenue Service
Delaware State Treasury
Secretary of State Delaware
California Secretary of State

**Other Significant Creditors**
Aramark Refreshment Services, LLC
Black Knight Technology Solutions, LLC
Ct Corporation System
Cubic Logic LLC
Dark Matter Technologies LLC
DataPlatformexperts LLC
Dentons Us LP
Dynascale Technologies
Equiniti Trust Company, LlC
Ice Mortgage Technology, Inc.
Katten Muchin Rosenman LLP
Mantra Digital Marketing USA, Inc
Modular Furniture, Inc.
Morgan, Lewis & Bockius LLP
M-Theory Consulting Group LLC
Paylocity Corporation
Peerless Network, Inc.
Plantopia, Inc.
Possiblenow, Inc
Rutan & Tucker, LLP
Softchoice Corporation
Southern California Shredding, Inc.
Standard & Poor's Financial Services LLC
The Bank Of New York
Venable LKP
Verizon Wireless Services LLC
Wilmington Savings Fund Society, FSB
Wilmington Trust Company
Xactus, LLC

**U.S. Trustee Personnel**
Andrew R. Vara
Joseph McMahon
Benjamin Hackman
Christine Green
Denis Cooke
Diane Giordano
Dion Wynn

4

Edith A. Serrano

**MLPA-Correspondent**
Firstcitybankofcommerce Nka Bankflorida
Flagstar Bank, Fsb Fka First Security Savings Bank
Florida Capital Bank
Freedom
Gmh
Golden Empire Mortgage
Golden Pacific Bank
Goldman Sachs
Goldman Sachs
Goshen Mortgage, LLC
Grand Avenue Partners Mortgage Funding Trust  (Oaktree)
Greenbox
Greenway Mtg (Mortgage) Funding, Corp
Guaranty Bank
Hamilton Group Funding (Aka Hamilton Home Loans Inc.)
Hancock
Hancock Mortgage
Homeowners Financial Group
Homeowners Mortgage Enterprise Inc.
Homesite Mortgage Corporation
Homestar Financial Corporation
Idaho Central Credit Union_Iccu
Ideal Home Loans
Igloo Series IV Trust
ImpacOam Mlpa-10-26-26
Inlanta Mortgage Inc.
Integrity First Ltd.
ISB MLPA  Final Agreement
Jersey Mortgage Company Of New Jersey Inc.
Jersey Mortgage Company Of New Jersey, Inc.
JP Morgan Chase & Co.
JP Morgan Acquisition Corp. (Jpmmac)
K Hovnanian Enterprises Inc.
Ladera Lending, Inc.
Lakeview Loan Servicing
Lakeview Loan Servicing (Aka Bayview)
Lenox Corporation
Loanwise LLC
Logan Financial Corporation
Lrp Mortgage Acquisition Trust (Long Run Partners)
Majestic Home Loan (Aka R M K Financial Corp.)
Maxex Clearing, LLC (Maxex #2)
Mlpa NP Inc Aka US Mtg Fl

Mlpa Parkside Lending
Mlpa_Addendum_Tidewater
Morgan Stanley
Morgan Stanley Bank
Morgan Stanley Mortgage Capital Holdings LLC
Mortgage Acquisition Trust I, LLC
Mortgage Enterprise Ltd
Mortgage Finance Group
Mortgage Now
Mortgages Unlimited
Mountain View Capital
Mountain West Bank
Mr Cooper - Master Mortgage Loan Purchase Agreement-Impac
Nationstar Mortgage LLC Dba Mr. Cooper
Nationwide Mortgage Bankers Inc
Nbh Bank
Neighbors Financial Corp
Neuberger Berman Holdings LLC
Neuberger (LRML Acquisition LLC)
Neuberger (PRMF Acquisition LLC)
New England Regional Mortgage Corporation
New Penn
Newrez
NMSI Inc
Nola Lending Group
Nomura Securities International, Inc.
Norcom_Norwich Commericial Group Inc.
Nrp Mortgage Trust I (Nomura Corporate Funding Americas LLC)
Oaktree  (Grand Avenue Partners Mortgage Funding Trust)
Oaktree Funding
Ocmbc
One American Bank (One American Mortgage)
Onslow Bay Financial, LLC (Annaly.Com) - Nmls 1101477
Ownerschoice Funding
Pacific Horizon Bancorp
Parkside Lending Llc
Pch Asset Management
PCMA, Inc.
Peoples Bank
Peoples State Bank
Phoenix Capital
Pinnacle Mortgage Group Inc.
Pipeline Reports
Platinum
Plaza Loan Services
Poli

6

Premier Home Mortgage
Premier Home Mortgage
Priority Financial Network Aka PFN Lending Group Inc.; Fka Bm Real Estate Services Inc.
PRMF Acquisition LLC (Neuberger)
Proficio Mtg - Aka Proficio Mortgage Ventures LLC
Provident Financial Group Inc.
Quik Fund Inc
Radius Group LLC Dba Banklabs
Residential Finance Corp
Residential Home Funding
Residential Mortgage Services
Resmac
River Community Bank Na
San Mateo Credit Union Fka San Mateo Credit Union
Sanborn
Sente
Shamrock
Silverton Mortgage Specialists Inc.
Silverton Mortgage Approval Letter
SK Global Investment Inc Dba Cmac Lending
South Pacific Financial Corporation
Southern Fidelity Mortgage, LLC
Spurs Capital LLC
Spurs Capital, Llc (Goshen Mortgage)
Starboard Financial Management LLC
Starwood Non-Agency Lending, LLC
Suburban Mortgage Inc
Sun West Mortgage Company
Suntrust Bank (Nka Truist)
Sunwest
Terrace Mortgage Corp
Terri's Cashcall Settlements Schedule
Texas Capital Bank (TCB)
The Lending Co (Maybe The Lending Group Co.)
The Money Source
The Newfinity
Tidewater Inc.
Tina's Lender Conditions Reports
Toll Brothers Inc.
Truist (Fka Suntrust Bank)
UBS Real Estate Securities, Inc.
Union Home Mortgage Corp (Fka Union National Mortgage Co.)
United Security Financial
Us Bank (Fast Path) #5
Us Bank, N.A. As Trustee For Revolving Mortgage Investment Trust 2015-1qa2 (Wamco)
Verus Mortgage Trust 1a

Village Mortgage Company
Vision One Mortgage Inc.
Wall Street Mortgage Bankers Ltd Dba Power Express
Wallick Volk Mortgage Inc. Aka Wallick Volk Mortgage Banker
WCC Loans
WCS Lending
Wells Fargo (Fast Path) 36
Western Alliance Bancorporation
Whitney_Hancock Bank
Willow Bend Investments Inc.
WR Starkey Mortgage Nka Certainty Home Loans LLC
Bw Real Estate (Western Alliance)
Citigroup Global Markets Realty Corp
Data Mortgage, Inc. Dba Essex Mortgage (S&D)
Deephaven Mortgage Llc
Dlj Mortgage Capital (Credit Suisse)
Eresi Mortgage Llc
First Guaranty Mortgage Corporation (Corr Agmt)
Gifm Holdings Trust  (Dlj Mortgage Capital, Inc.)
Grand Avenue Partners (Oaktree)
Lrml Acquisition Llc (Neuberger)
Lrp Mortgage Acquisition Trust (Long Run Partners)
Meadowlark Depositor, LLC
Morgan Stanley (Conventional)
Morgan Stanley (NQM)
Mortgage Acquisition Trust I, LLC (Angelo Gordon)
Nationstar Mortgage Llc dba Mr. Cooper
NRP Mortgage Trust I (Nomura)
One American Bank (Corr. Lpsa)
Onslow Bay (Annaly)
Pch Asset Management, LLC
Prmf Acquisition Llc (Neuberger)
Resicentral Llc (Corr. LPSA)
Starwood Non Agency Lending LLC
Suntrust Bank (Corr Agmt)
The Money Source (Corr. LPA)
Us Bank Na (Revolving Mortgage Investment Trust 2015-1qa2  (Wamco)
Verus Mortgage Trust a
Bw Real Estate, Inc., A Nv Corp.

**MLPA-Flow**
Cendant
Freedom
JPMorgan Acquisition Corp.
Lenox Financial Dba Weslend  Financial (NMLS 3304)
Morgan Stanley (Conventional)

Morgan Stanley Bank  (Non-Qm)
Morgan Stanley Mortgage Capital Holdings Llc  (NMLS 2586)

## MLPA-Scratch & Dent
American Portfolio Mortgage Corp., A NV Corp.
Bkpl-Eg Series I Trust (C/O Rams Balbec)
First National Bank Of America (NMLS 413209)
Goshen Mortgage, LLC
Igloo Series IV Trust
Nomura
Spurs Capital
Spurs Capital, LLC (Goshen Mortgage)

## MLPA- Whole Loan Sale
1st Bank Of Beverly Hills
American General
American Portfolio
Associates
Bank United Inc.
Bayview Financial
Bear Stearns