## EXHIBIT C

(Rule 2016 Statement)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>IMPAC MORTGAGE HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10593 (CTG)<br><br>(Jointly Administered) |

**STATEMENT UNDER RULE 2016 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE[2]**

Dentons US LLP ("Dentons US"), pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and § 329 of title 11 of the United States Code (the "Bankruptcy Code"), states that the undersigned is proposed counsel to the above-captioned debtors and debtors in possession (the "Debtors") in these cases. It further states:

1.     The Debtors have agreed to pay Dentons US for the legal services that have been or will be rendered by its various attorneys, paralegals, and case management assistants in connection with these cases on the Debtors' behalf. The Debtors have also agreed to reimburse Dentons US for its actual and necessary expenses incurred in connection with these cases. Dentons US has received payments from the Debtors during the year prior to the Petition Date in the amount of $1,236,065.68, as a prepetition advance payment retainer and in connection with the preparation

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Impac Mortgage Holdings, Inc. (5505); Copperfield Financial, LLC (7513); Copperfield Capital Corporation (4920); Impac Funding Corporation (4495); Impac Commercial Capital Corporation (0090); Impac Secured Assets Corp. (5871); IMH Assets Corp. (5301); Integrated Real Estate Service Corp. (2263); Impac Mortgage Corp. (3937); Impac Warehouse Lending, Inc. (0541); Synergy Capital Mortgage Corp. (9071); and Impac Warehouse Lending Group, Inc. (3488). The Debtors' mailing address is 19800 MacArthur Blvd., Suite 500, Irvine, CA 92612.

[2] Capitalized terms, unless otherwise defined herein, shall have the meanings ascribed to them in the *Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1 for Authorization to Employ and Retain Dentons US LLP as Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date* (the "Application").

of initial documents and its prepetition representation of the Debtors. Dentons US is current as of the Petition Date but has not yet completed a final reconciliation as of the Petition Date. Upon final reconciliation of the amount actually expended prepetition, any balance remaining from such payments to Dentons US will be credited to the Debtors and applied as Dentons US's advance payment retainer for postpetition fees and expenses pursuant to the compensation procedures approved by this Court.

2.     Dentons US will seek approval for the payment of compensation by filing the appropriate applications for allowance of interim or final compensation pursuant to §§ 330 and 331, the Bankruptcy Rules, the Local Rules, and orders of this Court. The filing fees for the Debtors have been paid in full.

3.     The services to be rendered include all services set forth in the Application, submitted concurrently herewith.

4.     Dentons US further states that it has neither shared nor agreed to share (a) any compensation it has received or may receive with any other party or person, other than with the partners, counsel, and associates of Dentons US, nor (b) any compensation another person or party has received or may receive.

Dated: May 1, 2026        **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal
Timothy Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899
Tel:    (302) 652-4100
Email:  ljones@pszjlaw.com
        debertenthal@pszjlaw.com
        tcairns@pszjlaw.com

-and -

**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (DE Bar No. 3827)
601 S. Figueroa Street Suite 2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Email:  tania.moyron@dentons.com
van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Geoffrey M. Miller (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6700
Email:  john.beck@dentons.com
        geoffrey.miller@dentons.com

*Proposed Counsel for Debtors and Debtors in Possession*