# EXHIBIT D

(Moyron Declaration)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>IMPAC MORTGAGE HOLDINGS, INC., *et al.*,[1]<br><br>         Debtors. | Chapter 11<br><br>Case No. 26-10593 (CTG)<br><br>(Jointly Administered) |

**DECLARATION OF TANIA M. MOYRON IN SUPPORT
OF APPLICATION OF THE DEBTORS, PURSUANT TO § 327(a) OF THE
BANKRUPTCY CODE, RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE, AND LOCAL RULE 2014-1, FOR AUTHORIZATION TO EMPLOY
AND RETAIN DENTONS US LLP AS COUNSEL FOR THE DEBTORS
AND DEBTORS IN POSSESSION, EFFECTIVE AS OF THE PETITION DATE**

I, Tania M. Moyron, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1.      I am a partner in the law firm of Dentons US LLP ("Dentons US"), located at 601 S. Figueroa Street, Suite 2500, Los Angeles, CA 90017, and have been duly admitted to practice law in the State of California, the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Central District of California, and the United States District Court for the Northern District of Texas.

2.      I submit this declaration (the "Declaration") in support of the *Application of the Debtors, Pursuant to § 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Impac Mortgage Holdings, Inc. (5505); Copperfield Financial, LLC (7513); Copperfield Capital Corporation (4920); Impac Funding Corporation (4495); Impac Commercial Capital Corporation (0090); Impac Secured Assets Corp. (5871); IMH Assets Corp. (5301); Integrated Real Estate Service Corp. (2263); Impac Mortgage Corp. (3937); Impac Warehouse Lending, Inc. (0541); Synergy Capital Mortgage Corp. (9071); and Impac Warehouse Lending Group, Inc. (3488). The Debtors' mailing address is 19800 MacArthur Blvd., Suite 500, Irvine, CA 92612.

1

*Bankruptcy Procedure, and Local Rule 2014-1, for Authorization to Employ and Retain Dentons US LLP as Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date* (the "Application"),[2] of Impac Mortgage Holdings, Inc. and the above-referenced affiliated debtors and debtors in possession (the "Debtors") in these chapter 11 cases (the "Chapter 11 Cases"), by and through the undersigned counsel of record, pursuant to § 327(a), Bankruptcy Rule 2014(a), and Local Rule 2014-1, requesting entry of an order authorizing the retention and employment of Dentons US as counsel to the Debtors effective as of the Petition Date.

3. The Debtors have retained and will retain various professionals during the pendency of these cases, including (a) Pachulski Stang Ziehl & Jones LLP ("Pachulski"), as bankruptcy local counsel; (b) Development Specialists, Inc. ("DSI"), to provide restructuring and turnaround advisory services and any additional needed support personnel; and (c) Kurtzman Carson Consultants, LLC d/b/a Verita Global ("Verita") as claims and noticing agent. The Debtors may retain other professionals after the Petition Date. Dentons US has previously worked and will continue to work with these professionals on various unrelated representations, at times representing the same parties and at other times representing parties with similar interests or parties with adverse interests. Furthermore, a partner at Dentons US, Van Durrer, is married to an employee at Verita. Mr. Durrer was not involved in selecting Verita as claims agent for these Chapter 11 Cases or negotiating Verita's services agreement.

4. Dentons US may represent or has represented bankruptcy committees whose members may be creditors in the Debtors' Chapter 11 Cases. However, Dentons US is not representing any of those entities in these Chapter 11 Cases and will not represent any members of the committees it currently represents in any claims they may have, collectively or individually,

---

[2] Capitalized terms, unless otherwise defined herein, shall have the meanings ascribed to them in the Application.

against the Debtors.

5. Dentons US is a "disinterested person" as that term is defined in § 101(14) in that Dentons US, its partners, counsel, and associates:

    a. are not creditors, equity security holders, or insiders of the Debtors;

    b. are not and were not, within 2 years before the date of the filing of the petition, directors, officers, or employees of the Debtors; and

    c. do not have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

6. To the best of my knowledge, neither I nor any partner, counsel, or associate of Dentons US, insofar as I have been able to ascertain, has any connection with the United States Trustee for the District of Delaware (the "U.S. Trustee") or any person employed in the Office of the U.S. Trustee or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the District of Delaware.

7. Dentons US has received payments from the Debtors during the year prior to the Petition Date in the amount of $1,236,065.68, as a prepetition advance payment retainer and in connection with the preparation of initial documents and the prepetition representation of the Debtors. Dentons US is current as of the Petition Date but has not yet completed a final reconciliation as of the Petition Date. Upon final reconciliation of the amount actually expended prepetition, any balance remaining from the advance payment retainer to Dentons US will be credited to the Debtors and continue to be applied as Dentons US's advance payment retainer for postpetition fees and expenses pursuant to the compensation procedures approved by this Court.

8. Our conflicts group at Dentons US has undertaken an extensive review of its global conflicts database of existing and former clients to determine whether it had or has any connections with the parties in interest in these Chapter 11 Cases.  Attached hereto as **Schedule 1** is a list of

3

the parties in interest in these Chapter 11 Cases prepared by the Debtors (the "Parties in Interest List"), which Dentons US has run through its conflicts database for the purpose of making these disclosures. Based on this review, I am disclosing connections in unrelated matters (the "Connections List"), which are set forth on **Schedule 2** attached hereto. I do not believe that Dentons US has any representation that would prevent it from representing the Debtors in these Chapter 11 Cases.

9. Dentons US maintains and systematically updates this system in the regular course of its business, and it is the regular practice of Dentons US to make and maintain these records. The conflict check system maintained by Dentons US is designed to include: (i) every matter for which Dentons US is now or has been engaged; (ii) the entity by which Dentons US is now or has been engaged; (iii) the identity of known related parties; (iv) the identity of known adverse parties; and (v) the attorney at Dentons US who is knowledgeable about the matter. It is the policy of Dentons US that no new matter may be accepted or opened within Dentons US without completing and submitting to those responsible for maintaining the conflict check system and adverse party index the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and the related and adverse parties. Accordingly, the database is regularly updated for every new matter undertaken by Dentons US. The scope of the system is a function of the completeness and accuracy of the information submitted by the attorney opening a new matter. Any matches between Dentons US's conflict check system and the Parties in Interest List were identified on **Schedule 2** (*i.e.*, the Connections List).

10. Dentons US and certain of its partners, counsel, and associates may have in the past represented, may currently represent, and likely in the future will represent creditors of the Debtors in connection with matters unrelated to the Debtors and these cases. At this time, Dentons US is

4

not aware of any other adverse interest or other connection with the Debtors, their creditors, the U.S. Trustee, or any party-in-interest in the matters upon which Dentons US is to be retained. Upon further and continuing review of lists of all creditors and interested parties, Dentons US will make any further disclosures as may be appropriate.

11.     Dentons US intends to apply for compensation for professional services rendered in connection with these Chapter 11 Cases, subject to approval of this Court and in compliance with applicable provisions of the Bankruptcy Code, on an hourly basis, plus reimbursement of actual and necessary expenses and other charges incurred by Dentons US. The hourly rates of Dentons US's professionals who are expected to work on this matter are shown below.

| Classification | Dentons US Rates (USD) | |
| --- | --- | --- |
| | Low Range | High Range |
| Partners, Special Counsels, Counsels and Principals | $835 | $1,780 |
| Associates | $885 | $1,140 |
| Professionals/Paralegals | $555 | $840 |

12.     These rates are set at a level designed to fairly compensate Dentons US for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. The Debtors are informed that Dentons US sets its hourly rates on an annual basis. These hourly rates are subject to periodic adjustments (typically on January 1st of each year) to reflect economic and other conditions. Dentons US will provide ten (10) business days' notice of any rate increases to the Debtors, the U.S. Trustee, and any official committee appointed in these Chapter 11 Cases. Beyond the rates listed above, it is Dentons US's policy to charge for all other expenses incurred in connection with client representations. These expenses include, among other things, conference call charges, mail and express mail charges, special or hand delivery charges, document retrieval charges, color photocopying charges, travel expenses, expenses for "working meals,"

computerized research, and transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. Dentons US believes that it is fairer to charge these types of expenses to the clients incurring them rather than spreading such expenses among all clients. Dentons US will charge the Debtors for such expenses in a manner and at rates consistent with those charged to other Dentons US clients and subject to the rules and requirements of this Court.

13.     Pursuant to Part D1 of the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330 by Attorneys in Larger Chapter 11 Cases*, Dentons US hereby provides the following responses:

| Questions Required by Part D1 of Fee Guidelines | Answer | Further Explanation |
|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? | No. | N/A |
| Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? | No. | N/A |
| If you represented the client in the twelve months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and reasons for the difference. | Dentons US represented the client during the twelve-month period prepetition.<br><br>The material financial terms for the prepetition engagement remained the same as the engagement was hourly-based subject to economic adjustment.<br><br>The billing rates and material financial terms for the postpetition period remain the same as the prepetition period subject to an annual economic adjustment. The standard hourly rates of Dentons US are subject to periodic adjustment in accordance with the Firm's practice. | None. |

| Has your client approved your respective budget and staffing plan, and, if so, for what budget period? | The Debtors and Dentons US expect to develop a prospective budget and staffing plan to comply with the U.S. Trustee's requests for information and additional disclosures, recognizing that in the course of these large Chapter 11 Cases, there may be unforeseeable fees and expenses that will need to be addressed by the Debtors and Dentons US. | In accordance with the 2013 UST Guidelines, the budget may be amended as necessary to reflect changed circumstances or unanticipated developments. |
|---|---|---|

14.     Dentons US shall have primary responsibility for the services disclosed in its

Application filed with the Court, except as may be noted herein. Dentons US is proposed to provide

the following professional services in connection with its engagement:

a. Providing legal advice with respect to the Debtors' powers and duties as debtors in possession in the continued operation of their business and management of their property;

b. Taking necessary action to protect and preserve the Debtors' estates, including the prosecution of actions on the Debtors' behalf, the defense of any actions commenced against the estates, negotiations concerning all litigation in which the Debtors may be involved and objections to claims filed against the estates;

c. Reviewing and preparing on behalf of the Debtors all documents and agreements as they become necessary and desirable;

d. Reviewing and preparing on behalf of the Debtors all motions, administrative and procedural applications, answers, orders, reports, and papers necessary to the administration of the estates;

e. Advising the Debtors on the execution of any plan, and all related agreements and/or documents, and taking any necessary action on behalf of the Debtors to obtain confirmation of such plan;

f. Appearing before this Court, any appellate courts, and the United States Trustee (the "U.S. Trustee"), and protecting the interests of the Debtors' estates before such courts and the U.S. Trustee; and

g. Performing all other necessary legal services and providing all other necessary legal advice to the Debtors in connection with the Chapter 11 Cases.

15.     To the extent that Dentons US is assigned by the Debtors to perform new matters

that may be necessary and proper in these proceedings and that are materially different from the

services described above, Dentons US will file a supplemental declaration in accordance with Bankruptcy Rule 2014.

16. No promises have been received by Dentons US or by any partner, counsel, or associate thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code. Dentons US has no agreement with any other entity to share with such entity any compensation received by Dentons US in connection with these Chapter 11 Cases, except among the partners, counsel, and associates of Dentons US.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 1st day of May 2026, at Los Angeles, California.

*/s/ Tania M. Moyron*

Tania M. Moyron
Dentons US LLP

## Schedule 1

(Parties in Interest List)

## SCHEDULE 1
## IMPAC MORTGAGE HOLDINGS, INC. PARTIES IN INTEREST

1. Debtors
2. Directors & Officers
3. Significant Equity Holders
4. Bankruptcy Judges & Staff
5. Bankruptcy Professionals
6. Banks/Lender/UCC Lien Parties/Administrative Agents
7. Insurance
8. Surety & Letters of Credit
9. Taxing Authority/Governmental /Regulatory Agencies
10. Other Significant Creditors
11. U.S. Trustee Personnel
12. MLPA-Correspondent
13. MLPA- Flow
14. MLPA - Scratch & Dent
15. MLPA -Whole Loan Sale

**Debtors**
Impac Mortgage Holdings, Inc.
Copperfield Financial, LLC
Copperfield Capital Corporation
Impac Funding Corporation
Impac Commercial Capital Corporation
Impac Secured Assets Corp.
IMH Assets Corp.
Integrated Real Estate Service Corp.
Impac Mortgage Corp.
Impac Warehouse Lending, Inc.
Synergy Capital Mortgage Corp.
Impac Warehouse Lending Group, Inc.

**Directors & Officers**
Joe Piscina
George A. Mangiaracina

**Significant Equity Holders**
Richard H. Pickup
Camac Partners, LLC
RHP Trust, dated May 31, 2011
Sara-Bay Financial
Todd M. Pickup
Carol M. Pickup 2011 Revocable Trust
Pickup Living Trust
Dito Caree Limited Partnership
Dito Devcar Limited Partnership
Pickup Grandchildren's Trust
George A. Mangiaracina
Plus Four Equity Partners, L.P.
Vintage Trust, dated October 28, 1993
Peter F. Fillips
Katherine J. Blair
Tiffany M. Entsminger
Justin R. Moisio

**Bankruptcy Judges & Staff**
Karen B. Owens
Craig T. Goldblatt
Thomas M. Horan
Brendan L. Shannon
Laurie Selber Silverstein
Kate Stickles
Mary F. Walrath
Stephen L. Grant (Clerk of Court)

2

**Bankruptcy Professionals**
Dentons US LLP
Pachulski Stang Ziel & Jones LLP
Lowenstein Sandler
Morris Nichols
Proskauer
Development Specialists, Inc.

**Banks/Lender/UCC Lien Parties/Administrative Agents**
Trinity Park Investments, LLC
Hildene Re SPC, Ltd.
Vintage Truste II
Credit Suisse First Boston Mortgage Capital LLC
Merchants Bank of Indiana
Wells Fargo Bank, N.A.
IMPAC CMB Trust Series 2002-9f
IMPAC CMB Trust Series 2003-2f
IMPAC Nim Trust 2005-2N
IMPAC Nim Trust 2006-
IMPAC CMB Trust Series 2003-8
Texas Bank  Texas Capital Bank, N.A
RHP Trust
Bankers Trust Company of California, N.A.
Deutsche Bank National Trust Company, N.A
Hewlett-Packard Financial Services Company

**Insurance**
Allianz Life Insurance
Federal Insurance Company/Chubb
Travelers Property Casualty Co. of America
Lloyd's
AIG
AXA XL
Sompo
Applied
Hartford
Bowhead
Convex
IQUW

**Surety & Letters of Credit**
Enterprise Bank & Trust
Liberty Mutual Insurance Company

**Taxing Authority/Governmental /Regulatory Agencies**

Secretary of the Treasury Delaware
Securities & Exchange Commission
Internal Revenue Service
Delaware State Treasury
Secretary of State Delaware
California Secretary of State

**Other Significant Creditors**

Aramark Refreshment Services, LLC
Black Knight Technology Solutions, LLC
Ct Corporation System
Cubic Logic LLC
Dark Matter Technologies LLC
DataPlatformexperts LLC
Dentons Us LP
Dynascale Technologies
Equiniti Trust Company, LlC
Ice Mortgage Technology, Inc.
Katten Muchin Rosenman LLP
Mantra Digital Marketing USA, Inc
Modular Furniture, Inc.
Morgan, Lewis & Bockius LLP
M-Theory Consulting Group LLC
Paylocity Corporation
Peerless Network, Inc.
Plantopia, Inc.
Possiblenow, Inc
Rutan & Tucker, LLP
Softchoice Corporation
Southern California Shredding, Inc.
Standard & Poor's Financial Services LLC
The Bank Of New York
Venable LKP
Verizon Wireless Services LLC
Wilmington Savings Fund Society, FSB
Wilmington Trust Company
Xactus, LLC

**U.S. Trustee Personnel**

Andrew R. Vara
Joseph McMahon
Benjamin Hackman
Christine Green
Denis Cooke
Diane Giordano

Dion Wynn
Edith A. Serrano

**MLPA-Correspondent**
First City Bank of Commerce nka Bankflorida
Flagstar Bank, Fsb Fka First Security Savings Bank
Florida Capital Bank
Freedom
Gmh
Golden Empire Mortgage
Golden Pacific Bank
Goldman Sachs
Goldman Sachs
Goshen Mortgage, LLC
Grand Avenue Partners Mortgage Funding Trust  (Oaktree)
Greenbox
Greenway Mtg (Mortgage) Funding, Corp
Guaranty Bank
Hamilton Group Funding (Aka Hamilton Home Loans Inc.)
Hancock
Hancock Mortgage
Homeowners Financial Group
Homeowners Mortgage Enterprise Inc.
Homesite Mortgage Corporation
Homestar Financial Corporation
Idaho Central Credit Union_Iccu
Ideal Home Loans
Igloo Series IV Trust
ImpacOam Mlpa-10-26-26
Inlanta Mortgage Inc.
Integrity First Ltd.
ISB MLPA  Final Agreement
Jersey Mortgage Company Of New Jersey Inc.
Jersey Mortgage Company Of New Jersey, Inc.
JP Morgan Chase & Co.
JP Morgan Acquisition Corp. (Jpmmac)
K Hovnanian Enterprises Inc.
Ladera Lending, Inc.
Lakeview Loan Servicing
Lakeview Loan Servicing (Aka Bayview)
Lenox Corporation
Loanwise LLC
Logan Financial Corporation
Lrp Mortgage Acquisition Trust (Long Run Partners)
Majestic Home Loan (Aka R M K Financial Corp.)
Maxex Clearing, LLC (Maxex #2)

Mlpa NP Inc Aka US Mtg Fl
Mlpa Parkside Lending
Mlpa_Addendum_Tidewater
Morgan Stanley
Morgan Stanley Bank
Morgan Stanley Mortgage Capital Holdings LLC
Mortgage Acquisition Trust I, LLC
Mortgage Enterprise Ltd
Mortgage Finance Group
Mortgage Now
Mortgages Unlimited
Mountain View Capital
Mountain West Bank
Mr Cooper - Master Mortgage Loan Purchase Agreement-Impac
Nationstar Mortgage LLC Dba Mr. Cooper
Nationwide Mortgage Bankers Inc
Nbh Bank
Neighbors Financial Corp
Neuberger Berman Holdings LLC
Neuberger (LRML Acquisition LLC)
Neuberger (PRMF Acquisition LLC)
New England Regional Mortgage Corporation
New Penn
Newrez
NMSI Inc
Nola Lending Group
Nomura Securities International, Inc.
Norcom_Norwich Commericial Group Inc.
Nrp Mortgage Trust I (Nomura Corporate Funding Americas LLC)
Oaktree  (Grand Avenue Partners Mortgage Funding Trust)
Oaktree Funding
Ocmbc
One American Bank (One American Mortgage)
Onslow Bay Financial, LLC (Annaly.Com) - Nmls 1101477
Ownerschoice Funding
Pacific Horizon Bancorp
Parkside Lending Llc
Pch Asset Management
PCMA, Inc.
Peoples Bank
Peoples State Bank
Phoenix Capital
Pinnacle Mortgage Group Inc.
Pipeline Reports
Platinum
Plaza Loan Services

6

Poli
Premier Home Mortgage
Premier Home Mortgage
Priority Financial Network Aka PFN Lending Group Inc.; Fka Bm Real Estate Services Inc.
PRMF Acquisition LLC (Neuberger)
Proficio Mtg - Aka Proficio Mortgage Ventures LLC
Provident Financial Group Inc.
Quik Fund Inc
Radius Group LLC Dba Banklabs
Residential Finance Corp
Residential Home Funding
Residential Mortgage Services
Resmac
River Community Bank Na
San Mateo Credit Union Fka San Mateo Credit Union
Sanborn
Sente
Shamrock
Silverton Mortgage Specialists Inc.
Silverton Mortgage Approval Letter
SK Global Investment Inc Dba Cmac Lending
South Pacific Financial Corporation
Southern Fidelity Mortgage, LLC
Spurs Capital LLC
Spurs Capital, Llc (Goshen Mortgage)
Starboard Financial Management LLC
Starwood Non-Agency Lending, LLC
Suburban Mortgage Inc
Sun West Mortgage Company
Suntrust Bank (Nka Truist)
Sunwest
Terrace Mortgage Corp
Terri's Cashcall Settlements Schedule
Texas Capital Bank (TCB)
The Lending Co (Maybe The Lending Group Co.)
The Money Source
The Newfinity
Tidewater Inc.
Tina's Lender Conditions Reports
Toll Brothers Inc.
Truist (Fka Suntrust Bank)
UBS Real Estate Securities, Inc.
Union Home Mortgage Corp (Fka Union National Mortgage Co.)
United Security Financial
Us Bank (Fast Path) #5
Us Bank, N.A. As Trustee For Revolving Mortgage Investment Trust 2015-1qa2 (Wamco)

Verus Mortgage Trust 1a
Village Mortgage Company
Vision One Mortgage Inc.
Wall Street Mortgage Bankers Ltd Dba Power Express
Wallick Volk Mortgage Inc. Aka Wallick Volk Mortgage Banker
WCC Loans
WCS Lending
Wells Fargo (Fast Path) 36
Western Alliance Bancorporation
Whitney_Hancock Bank
Willow Bend Investments Inc.
WR Starkey Mortgage Nka Certainty Home Loans LLC
Bw Real Estate (Western Alliance)
Citigroup Global Markets Realty Corp
Data Mortgage, Inc. Dba Essex Mortgage (S&D)
Deephaven Mortgage Llc
Dlj Mortgage Capital (Credit Suisse)
Eresi Mortgage Llc
First Guaranty Mortgage Corporation (Corr Agmt)
Gifm Holdings Trust  (Dlj Mortgage Capital, Inc.)
Grand Avenue Partners (Oaktree)
Lrml Acquisition Llc (Neuberger)
Lrp Mortgage Acquisition Trust (Long Run Partners)
Meadowlark Depositor, LLC
Morgan Stanley (Conventional)
Morgan Stanley (NQM)
Mortgage Acquisition Trust I, LLC (Angelo Gordon)
Nationstar Mortgage Llc dba Mr. Cooper
NRP Mortgage Trust I (Nomura)
One American Bank (Corr. Lpsa)
Onslow Bay (Annaly)
Pch Asset Management, LLC
Prmf Acquisition Llc (Neuberger)
Resicentral Llc (Corr. LPSA)
Starwood Non Agency Lending LLC
Suntrust Bank (Corr Agmt)
The Money Source (Corr. LPA)
Us Bank Na (Revolving Mortgage Investment Trust 2015-1qa2  (Wamco)
Verus Mortgage Trust a
Bw Real Estate, Inc., A Nv Corp.

**MLPA-Flow**
Cendant
Freedom
JPMorgan Acquisition Corp.
Lenox Financial Dba Weslend  Financial (NMLS 3304)

Morgan Stanley (Conventional)
Morgan Stanley Bank  (Non-Qm)
Morgan Stanley Mortgage Capital Holdings Llc  (NMLS 2586)

**MLPA-Scratch & Dent**
American Portfolio Mortgage Corp., A NV Corp.
Bkpl-Eg Series I Trust (C/O Rams Balbec)
First National Bank Of America (NMLS 413209)
Goshen Mortgage, LLC
Igloo Series IV Trust
Nomura
Spurs Capital
Spurs Capital, LLC (Goshen Mortgage)

**MLPA- Whole Loan Sale**
1st Bank Of Beverly Hills
American General
American Portfolio
Associates
Bank United Inc.
Bayview Financial
Bear Stearns

9

**<u>Schedule 2</u>**

(Connections List)

**Exhibit 2[1]**

**Disclosure Schedule**

| Matched Entity | Relationship to Debtor | Relationship to Dentons |
|---|---|---|
| Hildene Re SPC, Ltd. | Lender | Current Client |
| Credit Suisse First Boston Mortgage Capital LLC | Lender | Current  Client |
| Wells Fargo Bank, N.A. | Lender | Current Client |
| Texas Bank Texas Capital Bank, N.A | Lender | Current Client |
| Deutsche Bank National Trust Company, N.A | Lender | Current Client |
| Proskauer | Bankruptcy Professional | Current Dentons Member Firm Client |
| Allianz Life Insurance | Insurance | Current Client |
| Federal Insurance Company/Chubb | Insurance | Current Client |
| Travelers Property Casualty Co. of America | Insurance | Current Client |
| Lloyd's | Insurance | Current Dentons Member Firm Client |
| AIG | Insurance | Current Client |
| AXA XL | Insurance | Current Client |
| Sompo | Insurance | Current Client |
| Hartford | Insurance | Current Client |
| Convex | Insurance | Current Client |
| Loan Care Servicing Center, Inc. | Litigation Party | Current Client |
| Black Knight Technology Solutions, LLC | Top Creditors | Current Client |

---

[1] Dentons US is a member of the US Region of Dentons Group ("Dentons"). Dentons US and  other members of Dentons, including within the United States ("Member Firms"), are collectively referred to herein as "Dentons Member Firms."

| Matched Entity | Relationship to Debtor | Relationship to Dentons |
| --- | --- | --- |
| Katten Muchin Rosenman LLP | Top Creditors | Current Client |
| Morgan, Lewis & Bockius LLP | Top Creditors | Current Client |
| The Bank of New York | Top Creditors | Current Client |
| Venable LLP | Top Creditors | Current Dentons Member Firm Client |
| Wilmington Savings Fund Society, FSB | Top Creditors | Current Client |
| Wilmington Trust Company | Top Creditors | Current Client |
| Enterprise Bank & Trust | Surety & Letters of Credit | Current Client |
| Liberty Mutual Insurance Company | Surety & Letters of Credit | Current Client |
| Flagstar Bank, FSB FKA First Security Savings Bank | MLPA Correspondent | Current Client |
| Goldman Sachs | MLPA Correspondent | Current Client |
| Grand Avenue Partners Mortgage Funding Trust  (Oaktree) | MLPA Correspondent | Current Client |
| INLANTA Mortgage Inc. | MLPA Correspondent | Current Client |
| JP Morgan Chase & Co. | MLPA Correspondent | Current Client |
| JP Morgan Acquisition Corp. (JPMMAC) | MLPA-Flow | Current Client |
| Lakeview Loan Servicing (aka Bayview) | MLPA Correspondent | Current Client |
| Morgan Stanley | MLPA Correspondent | Current Client |
| Mr Cooper - Master Mortgage Loan purchase Agreement-Impac | MLPA Correspondent | Parent Current Client |
| Nationstar Mortgage LLC dba Mr. Cooper | MLPA Correspondent | Parent Current Client |
| Neuberger Berman Holdings LLC | MLPA Correspondent | Current Client |
| Neuberger (LRML Acquisition LLC) | MLPA Correspondent | Current Client |
| Neuberger (PRMF Acquisition LLC) | MLPA Correspondent | Current Client |
| New Penn | MLPA Correspondent | Current Client |

| Matched Entity | Relationship to Debtor | Relationship to Dentons |
|---|---|---|
| Newrez | MLPA Correspondent | Current Client |
| Nomura Securities International, Inc. | MLPA Correspondent | Current Client |
| NRP Mortgage Trust I (Nomura Corporate Funding Americas LLC) | MLPA Correspondent | Current Client |
| OakTree  (Grand Avenue Partners Mortgage Funding Trust) | MLPA Correspondent | Current Client |
| OAKTREE FUNDING | MLPA Correspondent | Current Client |
| Onslow Bay financial, LLC (Annaly.com) - NMLS 1101477 | MLPA Correspondent | Current Client |
| Pinnacle Mortgage Group Inc. | MLPA Correspondent | Current Client |
| PRMF Acquisition LLC (Neuberger) | MLPA Correspondent | Current Client |
| PROVIDENT Financial Group Inc. | MLPA Correspondent | Current Client |
| RESIDENTIAL MORTGAGE SERVICES | MLPA Correspondent | Current Client |
| Silverton Mortgage Specialists Inc. | MLPA Correspondent | Current Client |
| Silverton Mortgage Approval Letter | MLPA Correspondent | Current Client |
| Spurs Capital LLC | MLPA Correspondent | Current Client |
| Sun West Mortgage Company | MLPA Correspondent | Current Client |
| SunTrust Bank (nka Truist) | MLPA Correspondent | Current Client |
| Terrace Mortgage Corp | MLPA Correspondent | Current Client |
| Texas Capital Bank (TCB) | MLPA Correspondent | Current Client |
| The Money Source | MLPA Correspondent | Current Client |
| The Newfinity | MLPA Correspondent | Current Client |
| TIDEWATER Inc. | MLPA Correspondent | Current Client |
| Toll Brothers Inc. | MLPA Correspondent | Current Client |
| Truist (fka SunTrust Bank) | MLPA Correspondent | Current Client |

| Matched Entity | Relationship to Debtor | Relationship to Dentons |
|---|---|---|
| UBS Real Estate Securities, Inc. | MLPA Correspondent | Current Client |
| US Bank (fast Path) #5 | MLPA Correspondent | Current Client |
| US Bank, N. A. | MLPA Correspondent | Current Client |
| US Bank, N.A. as trustee for Revolving Mortgage Investment Trust 2015-1QA2 (WAMCO) | MLPA Correspondent | Current Client |
| Wells Fargo (Fast Path) 36 | MLPA Correspondent | Current Client |
| Western Alliance Bancorporation | MLPA Correspondent | Current Client |
| BW Real Estate (Western Alliance) | MLPA Correspondent | Current Client |
| Citigroup Global Markets Realty Corp | MLPA Correspondent | Current Client |
| DLJ Mortgage Capital (Credit Suisse) | MLPA Correspondent | Current Client |
| eResi Mortgage LLC | MLPA Correspondent | Current Client |
| GIFM Holdings Trust  (DLJ Mortgage Capital, Inc.) | MLPA Correspondent | Current Client |
| Grand Avenue Partners (Oaktree) | MLPA Correspondent | Current Client |
| LRML Acquisition LLC (Neuberger) | MLPA Correspondent | Current Client |
| LRP Mortgage Acquisition Trust (Long Run Partners) | MLPA Correspondent | Current Client |
| Nationstar Mortgage LLC dba Mr. Cooper | MLPA Correspondent | Current Client |
| NRP Mortgage Trust I (Nomura) | MLPA Correspondent | Current Client |
| One American Bank (Corr. LPSA) | MLPA Correspondent | Current Client |
| Onslow Bay (Annaly) | MLPA Correspondent | Current Client |
| PCH Asset Management, LLC | MLPA Correspondent | Current Client |
| PRMF Acquisition LLC (Neuberger) | MLPA Correspondent | Current Client |
| ResiCentral LLC (Corr. LPSA) | MLPA Correspondent | Current Client |

| Matched Entity | Relationship to Debtor | Relationship to Dentons |
|---|---|---|
| Starwood Non Agency Lending LLC | MLPA Correspondent | Current Client |
| SunTrust Bank (Corr Agmt) | MLPA Correspondent | Current Client |
| The Money Source (Corr. LPA) | MLPA Correspondent | Current Client |