# EXHIBIT E

(Mangiaracina Declaration)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>IMPAC MORTGAGE HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10593 (CTG)<br><br>(Jointly Administered) |

**DECLARATION OF GEORGE A. MANGIARACINA IN SUPPORT
OF APPLICATION OF THE DEBTORS, PURSUANT TO § 327(a) OF THE
BANKRUPTCY CODE, RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE, AND LOCAL RULE 2014-1, FOR AUTHORIZATION TO EMPLOY
AND RETAIN DENTONS US LLP AS COUNSEL FOR THE DEBTORS
AND DEBTORS IN POSSESSION, EFFECTIVE AS OF THE PETITION DATE**

I, George A. Mangiaracina, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1.      I am the Chief Executive Officer and President of each of the Debtors. In my capacity, I am familiar with all aspects of the Debtors' decision to retain and employ Dentons US LLP ("Dentons US")[2] as counsel with respect to these Chapter 11 Cases. I submit this declaration

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Impac Mortgage Holdings, Inc. (5505); Copperfield Financial, LLC (7513); Copperfield Capital Corporation (4920); Impac Funding Corporation (4495); Impac Commercial Capital Corporation (0090); Impac Secured Assets Corp. (5871); IMH Assets Corp. (5301); Integrated Real Estate Service Corp. (2263); Impac Mortgage Corp. (3937); Impac Warehouse Lending, Inc. (0541); Synergy Capital Mortgage Corp. (9071); and Impac Warehouse Lending Group, Inc. (3488). The Debtors' mailing address is 19800 MacArthur Blvd., Suite 500, Irvine, CA 92612.

[2] Capitalized terms, unless otherwise defined herein, shall have the meanings ascribed to them in the *Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1 for Authorization to Employ and Retain Dentons US LLP as Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date* (the "Application").

(the "Mangiaracina Declaration") in support of the Application. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

**The Debtors' Selection of Dentons US LLP as Counsel**

2.      The Debtors have selected Dentons US to serve as bankruptcy counsel. The Debtors recognize that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure that bankruptcy professionals are subject to the same client-driven market forces, scrutiny, and accountability as professionals in non-bankruptcy engagements.

3.      To that end, the review process utilized by the Debtors assessed potential counsel based on their expertise with the relevant legal issues and in similar proceedings. Using this review process, the Debtors selected Dentons US to serve as counsel, particularly given Dentons US's experience in prior chapter 11 cases. Since that time, Dentons US has advised the Debtors with respect to various restructuring issues.

4.      Ultimately, the Debtors retained Dentons US because of its extensive experience in corporate reorganizations, both out-of-court and under chapter 11 of the Bankruptcy Code. Thus, I believe that Dentons US is well qualified to represent the Debtors in these Chapter 11 Cases in an efficient and timely manner.

**Rate Structure**

5.      I am responsible for supervising expenditures to outside counsel retained by the Debtors in the ordinary course of business. Dentons US has informed the Debtors that its rates are consistent across bankruptcy representations, including related transactional and litigation services. Dentons US has informed the Debtors that its current hourly rates are comparable to: (i) the hourly rates it charges for non-bankruptcy representations; and (ii) the rates of other comparably skilled professionals in the national marketplace for legal services. As discussed

below, I am also responsible for reviewing the invoices regularly submitted by Dentons US and can confirm that the rates Dentons US charged the Debtors in the prepetition period are the same as the rates Dentons US charged the Debtors in the postpetition period. Dentons US has informed the Debtors that its standard hourly rates are subject to periodic adjustment in accordance with its practice.

### Cost Supervision

6.      The Debtors and Dentons US expect to develop a prospective budget and staffing plan for the postpetition period, recognizing that in the course of these Chapter 11 Cases, there may be unforeseeable fees and expenses that will need to be addressed by the Debtors and Dentons US. The Debtors recognize that it is their responsibility to closely monitor the billing practices of their counsel to ensure the fees and expenses paid by the estate remain consistent with the Debtors' expectations and the exigencies of these Chapter 11 Cases. The Debtors will continue to timely review the invoices that Dentons US regularly submits, and, together with Dentons US, periodically amend the budget and staffing plans, as the case develops.

7.      The Debtors will continue to bring discipline, predictability, client involvement, and accountability to the fee and expense reimbursement process. While every chapter 11 case is unique, the budgets will provide guidance on the periods of time involved and the level of the attorneys and professionals that will work on various matters, as well as projections of average hourly rates for the attorneys and professionals for such matters.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 1st day of May 2026.

/s/ George A. Mangiaracina
George A. Mangiaracina
Chief Executive Officer
Impac Mortgage Holdings, Inc.