# EXHIBIT "A"

# Schedule of Assumed Executory Contracts

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| IMPAC MORTGAGE HOLDINGS, INC., *et al.*,[1] | Case No. 26-10593 (CTG) |
| Debtors. | (Jointly Administered) |

**SCHEDULE OF ASSUMED EXECUTORY CONTRACTS**[23]

| Debtor Party | Contract Counterparty | Contract Description |
|---|---|---|
| Impac Mortgage Holdings, Inc. | AFSANEH ENTERPRISES, INC. DBA Business Communications Solutions (BCS) | Order Form (Quote #041033) |
| Impac Funding Corporation | AMERICAN REGISTRY FOR INTERNET NUMBERS (ARIN) | Invoice Only |
| Impac Mortgage Holdings, Inc. | ARAMARK REFRESHMENT SERVICES, LLC | 2024 Renewal Agreement |
| Impac Mortgage Corp. | AT&T | N/A |
| Impac Mortgage Corp. | AWESOME TECHNOLOGIES INC. | 10-2020 Statement of Work/Schedule |
| Impac Mortgage Corp. | AWESOME TECHNOLOGIES INC. | Master Service Agreement |
| Impac Mortgage Holdings, Inc. | BAKER TILLY US, LLP (FKA Squar Milner) | Audit Engagement Letter |

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  Impac Mortgage Holdings, Inc. (5505); Copperfield Financial, LLC (7513); Copperfield Capital Corporation (4920); Impac Funding Corporation (4495); Impac Commercial Capital Corporation (0090); Impac Secured Assets Corp. (5871); IMH Assets Corp. (5301); Integrated Real Estate Service Corp. (2263); Impac Mortgage Corp. (3937); Impac Warehouse Lending, Inc. (0541); Synergy Capital Mortgage Corp. (9071); and Impac Warehouse Lending Group, Inc. (3488). The Debtors' mailing address is 19800 MacArthur Blvd., Suite 500, Irvine, CA 92612.

[2]     No amounts are past due under these contacts.  Therefore, the Debtors do not propose to make any cure payments if these contracts are assumed.

[3]     Neither the exclusion nor inclusion of any contract on this Schedule of Assumed Executory Contracts, nor anything contained in the Joint Prepackaged Chapter 11 Plan of Reorganization of Impac Mortgage Holdings, Inc. and Affiliates Thereof [D.I. 13] (the "Plan"), shall constitute an admission by the Debtors that any contract is in fact an executory contract subject to assumption or rejection pursuant to section 365(a) of the Bankruptcy Code, or that any of the Debtors has any liability thereunder. In accordance with section 9.1 of the Plan, the Debtors reserve all rights to amend and/or supplement this Schedule of Assumed Executory Contracts at any time through and including 30 days after the Effective Date of the Plan. Each contract on this list shall include any amendment, modification, or supplement thereto.

| Debtor Party | Contract Counterparty | Contract Description |
|---|---|---|
| Impac Mortgage Holdings, Inc. | BAKER TILLY US, LLP (FKA Squar Milner) | Tax Engagement Letter |
| Impac Mortgage Corp. | BETTER BUSINESS BUREAU, INC. | 2026 Renewal Invoice |
| Impac Mortgage Corp. | BotEngine | N/A |
| Impac Mortgage Corp. | Button Finance, Inc. | Master Service Agreement |
| Impac Mortgage Corp. | CALLRAIL, INC. | 2026 Order Form |
| Impac Mortgage Holdings, Inc. | CASHCALL, INC. | Amended and Restated Asset Purchase Agreement |
| Impac Mortgage Holdings, Inc. / Impac Mortgage Corp. | CASHCALL, INC. | Amended and Restated Assignment and Assumption Agreement |
| Impac Mortgage Corp. | ClearEdge Lending, LLC | 2023 Broker Agreement |
| Impac Mortgage Corp. | ClearEdge Lending, LLC | 2023 Commercial Broker Agreement |
| Impac Mortgage Corp. | CODETWO | 2023 Data Processing Agreement |
| Impac Mortgage Corp. | CODETWO | 2026 Renewal Quote |
| Impac Mortgage Holdings, Inc. | CONCUR TECHNOLOGIES, INC. | 2023 Data Processing Agreement |
| Impac Mortgage Holdings, Inc. | CONCUR TECHNOLOGIES, INC. | 2025 Order Form |
| Impac Mortgage Holdings, Inc. | CONCUR TECHNOLOGIES, INC. | Master Service Agreement |
| Impac Mortgage Corp. | CoreLogic Solutions, LLC / CoreLogic Credco | 2024 Master Service Agreement |
| Impac Mortgage Corp. | CoreLogic Solutions, LLC / CoreLogic Credco | 2024 Statement of Work/Schedule |
| Impac Mortgage Holdings, Inc. | COURTNEY LEE | 2026 Consulting Agreement |
| Impac Mortgage Corp. | CrossCountry Mortgage LLC DBA Valere Financial | 2024 BROKER AGREEMENT/ADDENDUM |
| Impac Mortgage Corp. | CT CORPORATION SYSTEM | 2026 CT ASSURANCE AGREEMENT |
| Impac Mortgage Corp. | CUBIC LOGICS INC. | 2026 Annual Subscription |
| Impac Mortgage Holdings, Inc. | DagdaFi, Inc. DBA FirstAgentic | 2026 Secondment Agreement |
| Impac Mortgage Holdings, Inc. | DagdaFi, Inc. DBA FirstAgentic | 2026 Technology Agreement |
| Impac Mortgage Corp. | DATAPLATFORMEXPERTS LLC | 2021 Master Service Agreement |

2

| **Debtor Party** | **Contract Counterparty** | **Contract Description** |
|---|---|---|
| Impac Mortgage Corp. | DATAPLATFORMEXPERTS LLC | 2024 Statement of Work/Schedule |
| Impac Mortgage Holdings, Inc. | Digital Media Innovations, LLC/Notified (FKA Intrado/West LLC) | Master Agreement |
| Impac Mortgage Holdings, Inc. | Digital Media Innovations, LLC/Notified (FKA Intrado/West LLC) | Order Form 00133008.0 |
| Impac Mortgage Holdings, Inc. | DISA Global Solutions (FKA Crimcheck Holdings, LLC) | 2023 Master Service Agreement |
| Impac Mortgage Corp. | DOCUSIGN, INC. | 2025-2026 RENEWAL |
| Impac Mortgage Corp. | DOCUSIGN, INC. | Master Service Agreement 20180123 |
| Impac Mortgage Corp. | Dynascale Technologies, Inc (FKA Alchemy Data Centers, LLC) | 2024 Master Service Agreement |
| Impac Mortgage Corp. | Dynascale Technologies, Inc (FKA Alchemy Data Centers, LLC) | 2025 SERVICE ORDER #10784 |
| Impac Mortgage Corp. | Dynascale Technologies, Inc (FKA Alchemy Data Centers, LLC) | 2026 SERVICE ORDER #10954 |
| Impac Mortgage Corp. | Dynascale Technologies, Inc (FKA Alchemy Data Centers, LLC) | 2026 SERVICE ORDER #10956 |
| Impac Mortgage Corp. | Dynascale Technologies, Inc (FKA Alchemy Data Centers, LLC) | 2026 SERVICE ORDER #10975 |
| Impac Mortgage Corp. | Emporium TPO | 2023 TPO BROKER AGREEMENT/ADDENDUM |
| Impac Mortgage Holdings, Inc. | EPICOR SOFTWARE CORPORATION | 2023 AMENDMENT |
| Impac Mortgage Holdings, Inc. | EPICOR SOFTWARE CORPORATION | 2025 Statement of Work/Schedule Q-335211 |
| Impac Mortgage Corp. | Equifax Information Services, LLC (FKA TALX) | 2015 Master Service Agreement |
| Impac Mortgage Corp. | Equifax Information Services, LLC (FKA TALX) | 2015 Master Service Agreement |
| Impac Mortgage Holdings, Inc. | EQUINITI TRUST COMPANY, LLC (FKA American Stock Transfer/DF King) | 2023 DISTRIBUTION AGREEMENT |
| Impac Mortgage Holdings, Inc. | EQUINITI TRUST COMPANY, LLC (FKA American Stock Transfer/DF King) | Addendum to Transfer Agency and Registrar Services Agreement |
| Impac Mortgage Holdings, Inc. | EQUINITI TRUST COMPANY, LLC (FKA American Stock Transfer/DF King) | Transfer Agency and Registrar Services Agreement |
| Impac Mortgage Holdings, Inc. | EQUINITI TRUST COMPANY, LLC (FKA American Stock Transfer/DF King) | Termination Letter Agreement |
| Impac Mortgage Corp. | EQUITY PRIME MORTGAGE LLC | 2023 BROKER AGREEMENT/APPLICATION |

3

| Debtor Party | Contract Counterparty | Contract Description |
|---|---|---|
| Impac Mortgage Corp. | FEDEX | 2022 AGREEMENT |
| Impac Mortgage Holdings, Inc. | FEDEX | 2022 AGREEMENT 2 |
| Impac Mortgage Holdings, Inc. | FEDEX | 2022 PRICING AGREEMENT |
| Impac Mortgage Corp. | Figure Lending LLC | 2025 HELOC BROKER AGREEMENT |
| Impac Mortgage Corp. | Finance of America Reverse LLC | 2025 MORTGAGE BROKER AGREEMENT |
| Impac Mortgage Corp. | FRESHWORKS INC. | 2025 RENEWAL |
| Impac Mortgage Holdings, Inc. | George A. Mangiaracina | Amended and Restated Employment Agreement |
| Impac Mortgage Holdings, Inc. | George A. Mangiaracina | First Amendment to Amended and Restated Employment Agreement |
| Impac Mortgage Holdings, Inc. | George A. Mangiaracina | Indemnification Agreement |
| Impac Mortgage Corp. | GoDaddy | N/A |
| Impac Mortgage Corp. | GOOGLE LLC | 2020 MASTER SERVICE AGREEMENT |
| Impac Mortgage Corp. | ICE MORTGAGE TECHNOLOGY, INC. (FKA Ellie Mae, Inc.) | 2014 VELOCIFY MSA |
| Impac Mortgage Corp. | ICE MORTGAGE TECHNOLOGY, INC. (FKA Ellie Mae, Inc.) | 2014 VELOCIFY MSA AMENDMENT |
| Impac Mortgage Corp. | ICE MORTGAGE TECHNOLOGY, INC. (FKA Ellie Mae, Inc.) | 2025 Velocify Renewal |
| Impac Mortgage Corp. | ICE MORTGAGE TECHNOLOGY, INC. (FKA Ellie Mae, Inc.) | 2026 Encompass Renewal |
| Impac Mortgage Corp. | ICE MORTGAGE TECHNOLOGY, INC. (FKA Ellie Mae, Inc.) | 2026 Velocify Renewal |
| Impac Mortgage Corp. | ICE MORTGAGE TECHNOLOGY, INC. (FKA Ellie Mae, Inc.) | Master Service Agreement 3-2020 (ELLIE MAE) |
| Impac Mortgage Corp. | JMAC LENDING, INC. | 2025 WHOLESALE BROKER AGREEMENT |
| Impac Mortgage Holdings, Inc. | Joseph Joffrion | Amended and Restated Employment Agreement |
| Impac Mortgage Holdings, Inc. | Joseph Joffrion | First Amendment to Amended and Restated Employment Agreement |
| Impac Mortgage Holdings, Inc. | Joseph Joffrion | Indemnification Agreement |
| Impac Mortgage Holdings, Inc. | Joseph Piscina | Indemnification Agreement |
| Impac Mortgage Corp. | KEEPER SECURITY, INC. | 2025 RENEWAL |

| Debtor Party | Contract Counterparty | Contract Description |
|---|---|---|
| Impac Mortgage Corp. | LeadsBridge | N/A |
| Impac Mortgage Corp. | Liberty Mutual / Ohio Casualty | Surety Bonds |
| Impac Mortgage Corp. | Luxury Mortgage | 2025 WHOLESALE LENDING AGREEMENT |
| Impac Mortgage Corp. | MANTRA DIGITAL MARKETING DBA MEERA.AI | 2025 ANNUAL AGREEMENT |
| Impac Mortgage Holdings, Inc. | MERSCORP HOLDINGS, INC. | AGREEMENT 20150210 |
| Impac Mortgage Corp. | META PLATFORMS, INC. | N/A |
| Impac Mortgage Corp. | MICROSOFT ADVERTISING/BING ADS | Microsoft Advertising Agreement (2024) |
| Impac Mortgage Holdings, Inc. | Microsoft Corporation | AGREEMENT 6625593 20150625 |
| | MODULAR FURNITURE, INC. | N/A |
| Impac Mortgage Holdings, Inc. | MORGAN STANLEY SMITH BARNEY LLC | Insitutional Consulting Agreement |
| Impac Mortgage Corp. | Newport Gateway Office LLC | 2025 LEASE |
| Impac Mortgage Corp. | Nexera Holding LLC DBA Newfi Wholesale | 2023 BROKER AGREEMENT |
| Impac Mortgage Corp. | NQM Funding (fka NP, Inc.) | 2022 BROKER AGREEMENT/APPLICATION |
| Impac Mortgage Holdings, Inc. | OPENSESAME INC. | 2025 RENEWAL |
| Impac Mortgage Corp. | OPTIMAL BLUE, LLC | N/A |
| Impac Mortgage Corp. | OPTISIGNS INC | 2025 QUOTE |
| Impac Mortgage Corp. | PAYLOCITY CORPORATION | 2025 AGREEMENT (IMC) |
| Impac Mortgage Holdings, Inc. | PAYLOCITY CORPORATION | 2025 AGREEMENT (IMPAC MORTGAGE HOLDINGS, INC. ) |
| Impac Mortgage Corp. | Pennymac Loan Services LLC | 2022 BROKER AGREEMENT |
| Impac Mortgage Corp. | Pennymac Loan Services LLC | 2022 DU AGREEMENT |
| Impac Mortgage Corp. | Pennymac Loan Services LLC | 2024 COMPENSATION ADDENDUM |
| Impac Mortgage Corp. | PLANTOPIA, INC. | 2026 PROPOSAL |
| Impac Mortgage Corp. | PROGRESS SOFTWARE CORPORATION | 2026 SHAREFILE RENEWAL |

| Debtor Party | Contract Counterparty | Contract Description |
|---|---|---|
| Impac Mortgage Corp. | Provident Funding Associates, L.P. | 2023 LOA/BROKER AGREEMENT |
| Impac Mortgage Corp. | Provident Savings Bank, F.S.B. | 2025 WHOLESALE BROKER AGREEMENT |
| Impac Mortgage Holdings, Inc. | REBECCA TOMIN | 2026 Consulting Agreement |
| Impac Mortgage Holdings, Inc. | REGAL RESOURCES INC. | 2023 SERVICE AGREEMENT |
| Impac Mortgage Corp. | RING CENTRAL | 2024 QUOTE |
| Impac Mortgage Corp. | Rocket Mortgage LLC | 2022 BROKER AGREEMENT/APPLICATION |
| Impac Mortgage Holdings, Inc. | SCOTT LAYNE | 2023 Consulting Agreement & 2025 Amendment |
| Impac Mortgage Corp. | SecureCENTRX (M-Theory) | 2024 MSA |
| Impac Mortgage Corp. | SecureCENTRX (M-Theory) | 2025 IMSSA RENEWAL |
| Impac Mortgage Corp. | SocialDFY | N/A |
| Impac Mortgage Holdings, Inc. | SOFTCHOICE CORPORATION | 2022 AGREEMENT (AZURE) |
| Impac Mortgage Holdings, Inc. | SOFTCHOICE CORPORATION | 2023 AWS RESALE AGREEMENT |
| Impac Mortgage Holdings, Inc. | SOFTCHOICE CORPORATION | 2025 QUOTE Q-2315016 |
| Impac Mortgage Holdings, Inc. | SOFTCHOICE CORPORATION | 2025 QUOTE Q-2367450 |
| Impac Mortgage Holdings, Inc. | SOFTCHOICE CORPORATION | 2025 QUOTE Q-2378409 |
| Impac Mortgage Holdings, Inc. | SOFTCHOICE CORPORATION | 2025 QUOTE Q-2392966 |
| Impac Mortgage Holdings, Inc. | SOFTCHOICE CORPORATION | 2025 QUOTE Q-2419273 |
| Impac Mortgage Holdings, Inc. | SOFTCHOICE CORPORATION | 2025 QUOTE Q-2459727 |
| Impac Mortgage Holdings, Inc. | SOFTCHOICE CORPORATION | 2025 QUOTE Q-2539764 |
| Impac Mortgage Holdings, Inc. | SOFTCHOICE CORPORATION | 2025 QUOTE Q-2611274 |
| Impac Mortgage Holdings, Inc. | SOFTCHOICE CORPORATION | 2025 QUOTE Q-2627376 |
| Impac Mortgage Holdings, Inc. | SOFTCHOICE CORPORATION | 2026 QUOTE Q-2640117 |
| Impac Mortgage Holdings, Inc. | SOFTCHOICE CORPORATION | 2026 QUOTE Q-2640136 |
| Impac Mortgage Holdings, Inc. | SOFTCHOICE CORPORATION | 2026 QUOTE Q-2714071 |
| Impac Mortgage Holdings, Inc. | SOFTCHOICE CORPORATION | 2026 QUOTE Q-2715439 |
| Impac Mortgage Corp. | SOFTCHOICE CORPORATION | AGREEMENT 20170127 |

6

| Debtor Party | Contract Counterparty | Contract Description |
|---|---|---|
| Impac Mortgage Corp. | SOFTCHOICE CORPORATION | MSA 20181119 |
| Impac Mortgage Holdings, Inc. | SONNY LE | Consulting Agreement |
| Impac Mortgage Corp. | SOUTHERN CALIFORNIA SHREDDING, INC. | AGREEMENT 20150202 |
| Impac Mortgage Corp. | SPRING EQ, LLC | 2022 MORTGAGE BROKER AGREEMENT/ADDENDUM-WHOLESALE |
| Impac Mortgage Corp. | Strategic Mortgage Finance Group, LLC (STRATMOR) | 2020 MSA |
| Impac Mortgage Corp. | TextEmAll | N/A |
| Impac Mortgage Corp. | TOTAL EXPERT, INC. | 2024 ALTAIR/EXPERIAN AGREEMENT |
| Impac Mortgage Corp. | TOTAL EXPERT, INC. | 2025 RENEWAL |
| Impac Mortgage Corp. | UptimeRobot | N/A |
| Impac Mortgage Holdings, Inc. | VENTURITY FINANCIAL PARTNERS INC. | 2026 AMENDMENT |
| Impac Mortgage Holdings, Inc. | VENTURITY FINANCIAL PARTNERS INC. | 2026 SERVICES AGREEMENT |
| Impac Mortgage Corp. | VERIZON WIRELESS SERVICES LLC | N/A |
| Impac Mortgage Corp. | VIVID REPORTS, INC. (FKA Briscoe Solutions) | SLA 20181130 |
| Impac Mortgage Holdings, Inc. | VOYA FINANCIAL | Adoption Agreement |
| Impac Mortgage Holdings, Inc. | VOYA FINANCIAL | APPLICATION 2021 |
| Impac Mortgage Holdings, Inc. | VOYA FINANCIAL | ASSET ALLOCATION FORM 2 (2021) |
| Impac Mortgage Holdings, Inc. | VOYA FINANCIAL | ASSET ALLOCATION FORM 2021 |
| Impac Mortgage Holdings, Inc. | VOYA FINANCIAL | ERISA PLAN TRUST AGREEMENT 2021 |
| Impac Mortgage Holdings, Inc. | VOYA FINANCIAL | PLAN SERVICE AGREEMENT 2021 |
| Impac Mortgage Holdings, Inc. | VOYA FINANCIAL | PORTFOLIO BLUEPRINT PROGRAM AGREEMENT 2021 |
| Impac Mortgage Holdings, Inc. | VOYA FINANCIAL | SERVICE AGREEMENT ADDENDUM 2021 |
| Impac Mortgage Holdings, Inc. | VOYA FINANCIAL | SERVICE AGREEMENT AMENDMENT #1 2021 |

8

| Debtor Party | Contract Counterparty | Contract Description |
|---|---|---|
| Impac Mortgage Holdings, Inc. | VOYA FINANCIAL | SERVICE AGREEMENT AMENDMENT #2 2021 |
| Impac Mortgage Holdings, Inc. | WEX HEALTH, INC. (DISCOVERY BENEFITS INC) | 2020 AGREEMENT APPLICATION |
| Impac Mortgage Corp. | XACTUS, LLC (FKA CIS CREDIT, CREDIT PLUS, UNIVERSAL CIS) | 2025 MSA |