**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| IMPAC MORTGAGE HOLDINGS, INC., *et al.*,[1] | ) | Case No. 26-10593 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Docket Ref. No. 94** |

**SUPPLEMENTAL DECLARATION OF LAURA DAVIS JONES
IN SUPPORT OF DEBTORS' APPLICATION FOR AUTHORIZATION
TO EMPLOY AND RETAIN PACHULSKI STANG ZIEHL & JONES LLP
AS CO-COUNSEL FOR THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**

I, LAURA DAVIS JONES, ESQUIRE, declare under penalty of perjury as follows:

1.      I am a partner in the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), located at 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, and I have been duly admitted to practice law in the State of Delaware, the United States District Court for the District of Delaware, the United States Court of Appeals for the Third Circuit, and the United States Supreme Court.  This supplemental declaration (the "Supplemental Declaration") is submitted in support of the *Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors Effective as of the Petition Date* [Docket No. 94] (the "Application").[2]  Concurrently with the Application and in support thereof, the Firm filed the *Declaration of Laura Davis Jones in Support of Debtors' Application for Authorization*

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  Impac Mortgage Holdings, Inc. (5505); Copperfield Financial, LLC (7513); Copperfield Capital Corporation (4920); Impac Funding Corporation (4495); Impac Commercial Capital Corporation (0090); Impac Secured Assets Corp. (5871); IMH Assets Corp. (5301); Integrated Real Estate Service Corp. (2263); Impac Mortgage Corp. (3937); Impac Warehouse Lending, Inc. (0541); Synergy Capital Mortgage Corp. (9071); and Impac Warehouse Lending Group, Inc. (3488).  The Debtors' mailing address is 19800 MacArthur Blvd., Suite 500, Irvine, CA 92612.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

*to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors Effective*

*as of the Petition Date* (the "Original Declaration").

2.      I, on behalf of the Firm, file this Supplemental Declaration pursuant to Rule 2014 of the Federal Rule of Bankruptcy Procedure to disclose the following representation in further support of the Application:

- The Firm is co-counsel to Wilmington Savings Fund Society FSB, solely in its capacity as indenture trustee ("WSFS"), in a pending adversary proceeding before this court related to the Chapter 11 cases of *Quorum Health Corporation, et al.*, jointly administered at Case No. 20-10766 (BLS).  Upon information and belief, WSFS is a creditor in these cases.  The Firm does not and will not represent WSFS or any of their affiliates in connection with the Debtors' chapter 11 cases.

3.      As demonstrated above and in the Original Declaration, the Firm is disinterested within the meaning of 11 U.S.C. § 101(14), as modified by 11 U.S.C. § 1107(b), and does not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason, except as disclosed herein.

4.      Except as specifically disclosed in the Application, the Original Declaration or discussed above, to the best of my knowledge, the Firm does not represent any of the Debtors' known creditors.  The Firm, however, will file supplemental declarations when necessary and as the Firm becomes aware of additional material information.

2

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 18, 2026

*/s/ Laura Davis Jones*
Laura Davis Jones