**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 26-10593 (CTG) |
| IMPAC MORTGAGE HOLDINGS, INC., *et al.*,[1] | (Jointly Administered) |
| Debtors. | **Re: Docket No. 93** |

**CERTIFICATION OF COUNSEL SUBMITTING REVISED ORDER GRANTING
APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER (I) AUTHORIZING
EMPLOYMENT AND RETENTION, PURSUANT TO § 327(A) OF THE BANKRUPTCY
CODE, RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE,
AND LOCAL RULE 2014-1, OF DEVELOPMENT SPECIALISTS, INC. AS FINANCIAL
ADVISOR FOR THE DEBTORS AND DEBTORS IN POSSESSION, EFFECTIVE
AS OF THE PETITION DATE; AND (II) GRANTING RELATED RELIEF**

The undersigned proposed counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies that:

1.      On May 1, 2026, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Application of the Debtors for Entry of an Order (I) Authorizing Employment and Retention, Pursuant to § 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1, of Development Specialists, Inc. as Financial Advisor for the Debtors and Debtors in Possession, Effective as of the Petition Date; and (II) Granting Related Relief* (the "Application") [Docket No. 93] (the "Application").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  Impac Mortgage Holdings, Inc. (5505); Copperfield Financial, LLC (7513); Copperfield Capital Corporation (4920); Impac Funding Corporation (4495); Impac Commercial Capital Corporation (0090); Impac Secured Assets Corp. (5871); IMH Assets Corp. (5301); Integrated Real Estate Service Corp. (2263); Impac Mortgage Corp. (3937); Impac Warehouse Lending, Inc. (0541); Synergy Capital Mortgage Corp. (9071); and Impac Warehouse Lending Group, Inc. (3488). The Debtors' mailing address is 19800 MacArthur Blvd., Suite 500, Irvine, CA 92612.

4926-9425-1949.1 40173.00001

2.      Pursuant to the Notice of Application, objections to the Application were due no later than May 15, 2026, at 5:00 p.m. (ET) (the "Objection Deadline").

3.      The Debtors received informal comments on the Application from the Office of the United States Trustee (the "UST").

4.      Attached hereto as **Exhibit A** is a revised proposed *Order Granting Application of the Debtors for Entry of an Order (I) Authorizing Employment and Retention, Pursuant to § 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1, of Development Specialists, Inc. as Financial Advisor for the Debtors and Debtors in Possession, Effective as of the Petition Date; and (II) Granting Related Relief* (the "Proposed Revised Order"), which resolves the informal comments of the UST.

5.      A blacklined copy of the Proposed Revised Order is attached hereto as **Exhibit B**, showing changes made from the proposed order filed with the Application.

6.      Accordingly, the Debtors respectfully request entry of the Proposed Revised Order attached hereto as **Exhibit A** at the Court's earliest convenience.

Dated:  May 19, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal
Timothy Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899
Tel:    (302) 652-4100
Email:  ljones@pszjlaw.com
          debertenthal@pszjlaw.com
          tcairns@pszjlaw.com

- and -

4926-9425-1949.1 40173.00001                2

**DENTONS US LLP**

Tania M. Moyron (*pro hac vice* pending)
Van C. Durrer, II (DE Bar No. 3827)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Tel:      (213) 623-9300
Email:   tania.moyron@dentons.com
            van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Geoffrey M. Miller (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Tel:      (212) 768-6700
Email:   john.beck@dentons.com
            geoffrey.miller@dentons.com

*Proposed Counsel for Debtors and Debtors in Possession*