**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>IMPAC MORTGAGE HOLDINGS, INC., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 26-10593 (CTG)<br><br>(Jointly Administered)<br><br><br>**Re: Docket Nos.: 5 and 67** |

**CERTIFICATION OF NO OBJECTION REGARDING FINAL ORDER GRANTING
MOTION OF THE DEBTORS FOR APPROVAL TO (A) PAY EMPLOYEE
OBLIGATIONS, (B) CONTINUE EMPLOYEE BENEFIT
PROGRAMS, AND (C) RELATED RELIEF**

The undersigned proposed counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies that:

1.  On April 26, 2026, the Debtors filed the *Motion of the Debtors for Approval to (A) Pay Employee Obligations, (B) Continue Employee Benefit Programs, and (C) Related Relief* [Docket No. 5] (the "Motion").

2.  On April 28, 2026 the Court entered the *Interim Order Granting Motion of the Debtors for Approval to (A) Pay Employee Obligations, (B) Continue Employee Benefit Programs, and (C) Related Relief* [Docket No. 67] (the "Interim Order") granting the relief

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  Impac Mortgage Holdings, Inc. (5505); Copperfield Financial, LLC (7513); Copperfield Capital Corporation (4920); Impac Funding Corporation (4495); Impac Commercial Capital Corporation (0090); Impac Secured Assets Corp. (5871); IMH Assets Corp. (5301); Integrated Real Estate Service Corp. (2263); Impac Mortgage Corp. (3937); Impac Warehouse Lending, Inc. (0541); Synergy Capital Mortgage Corp. (9071); and Impac Warehouse Lending Group, Inc. (3488). The Debtors' mailing address is 19800 MacArthur Blvd., Suite 500, Irvine, CA 92612.

4898-3976-4909.1 40173.00001

requested in the Motion on an interim basis.  Pursuant to the Interim Order, objections to entry of a final order granting the Motion were due no later than May 15, 2026, at 5:00 p.m. (ET).

3.      No party filed an answer, objection, or other responsive pleading to the Motion on the Court's docket.

4.      Attached hereto as **Exhibit A** is a proposed form of order approving the Motion on a final basis (the "Proposed Final Order").  The Proposed Final Order is unchanged from the form of final order filed with the Motion.

5.      Accordingly, the Debtors request that the Proposed Final Order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

Dated:  May 19, 2026                                    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal
Timothy Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899
Tel:     (302) 652-4100
Email:   ljones@pszjlaw.com
              debertenthal@pszjlaw.com
              tcairns@pszjlaw.com

- and -

2

**DENTONS US LLP**

Tania M. Moyron (*pro hac vice* pending)
Van C. Durrer, II (DE Bar No. 3827)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Tel:    (213) 623-9300
Email:  tania.moyron@dentons.com
        van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Geoffrey M. Miller (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Tel:    (212) 768-6700
Email:  john.beck@dentons.com
        geoffrey.miller@dentons.com

*Proposed Counsel for Debtors and Debtors in Possession*

3

4898-3976-4909.1 40173.00001