**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **IMPAC MORTGAGE HOLDINGS, INC., *et al.*,**[1] | **Case No. 26-10593 (CTG)** |
| **Debtors.** | **(Jointly Administered)** |

**DECLARATION OF ADAM J. GORMAN REGARDING THE SOLICITATION AND
TABULATION OF VOTES IN SUPPORT OF CONFIRMATION OF THE JOINT
PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION OF IMPAC
MORTGAGE HOLDINGS, INC. AND ITS AFFILIATES THEREOF**

I, Adam J. Gorman, declare under the penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am a Director of Corporate Restructuring Services, employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), located at 222 North Pacific Coast Highway, Suite 300, El Segundo, California 90245.  I am over the age of eighteen years and not a party to the above-captioned action.  Except as otherwise noted in this declaration (this "Declaration"), I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2.      I submit this Declaration with respect to the solicitation of votes and the tabulation of ballots cast on the *Joint Prepackaged Chapter 11 Plan of Reorganization of Impac Mortgage Holdings, Inc. and its Affiliated Thereof* [Docket No. 13], dated April 26, 2026 (as may be

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  Impac Mortgage Holdings, Inc. (5505); Copperfield Financial, LLC (7513); Copperfield Capital Corporation (4920); Impac Funding Corporation (4495); Impac Commercial Capital Corporation (0090); Impac Secured Assets Corp. (5871); IMH Assets Corp. (5301); Integrated Real Estate Service Corp. (2263); Impac Mortgage Corp. (3937); Impac Warehouse Lending, Inc. (0541); Synergy Capital Mortgage Corp. (9071); and Impac Warehouse Lending Group, Inc. (3488). The Debtors' mailing address is 19800 MacArthur Blvd., Suite 500, Irvine, CA 92612.

amended, supplemented, or modified from time to time, the "Plan")[2]. Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, and/or my review of the relevant documents. I am authorized to submit this Declaration on behalf of Verita. If called to testify, I could and would testify competently as to the facts set forth herein.

3.      Prior to the commencement of these chapter 11 cases, Impac Mortgage Holdings, Inc. and its affiliated debtors (collectively, the "Debtors") engaged Verita as their notice, claims, and solicitation agent (the "Claims and Balloting Agent") to assist with, among other things, (a) service of solicitation materials to the parties entitled to vote to accept or reject the Plan and (b) tabulation of votes cast with respect thereto. Verita and its employees have considerable experience in soliciting and tabulating votes to accept or reject proposed prepackaged chapter 11 plans.

**Service and Transmittal of Solicitation Packages and the Tabulation Process**

4.      The procedures adhered to by Verita for the solicitation and tabulation of votes (the "Solicitation Procedures") are outlined in the *Disclosure Statement for the Prepackaged Chapter 11 Plan of Impac Mortgage Holdings, Inc. and Affiliates Thereof*, dated April 26, 2026 [Docket No. 9] (as may be amended, supplemented, or modified from time to time, the "Disclosure Statement") and the *Order Granting Debtors' Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Establishing Plan and Disclosure Statement Objection and Reply Deadlines and Related Procedures, (III) Approving the Prepetition Solicitation Procedures, (IV) Approving the Notice of Commencement & Confirmation Hearing Notice, and Finding Notice Sufficient, (V) Approving*

---

[2]      Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan.

*Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases, (VI) Waiving the Requirement of Filing Schedules, Statements of Financial Affairs, Rule 2015.3 Reports and Section 341 Meeting of Creditors, and (VII) Granting Related Relief* [Docket No. 73] (the "Confirmation Procedures Order").   I supervised the solicitation and tabulation performed by Verita's employees.

5.       In accordance with the Solicitation Procedures, the Debtors established Friday, April 22, 2026 at 4:00 p.m., prevailing Eastern Time as the record date (the "Voting Record Date") for determining which creditors were entitled to vote on the Plan.  Pursuant to the Plan and the Confirmation Procedures Motion, only holders with a claim in the following classes as of the Voting Record Date were entitled to vote to accept or reject the Plan (the "Voting Classes"):

| Plan Class | Class Description |
|---|---|
| Class 3 | Senior Indebtedness Claims |
| Class 4 | Subordinated Noteholder Claims |

No other classes were entitled to vote on the Plan.

6.       In accordance with the Confirmation Procedures Motion, Verita worked closely with the Debtors and their advisors to identify the Holders in the Voting Classes as of the Voting Record Date and to coordinate the distribution of an applicable ballot (each, a "Ballot") and the Disclosure Statement to these Holders.  A detailed description of Verita's distribution of the Solicitation Package is set forth in Verita's *Certificate of Service of Adam J. Gorman re: Solicitation Materials* [Docket No. 58] (the "Certificate of Service of Solicitation Materials").

7.       Further, in accordance with the Solicitation Procedures, Verita reviewed, determined the validity of, and tabulated the Ballots submitted to vote on the Plan.  To be included in the tabulation results as valid, a Ballot must have been (a) properly completed pursuant to the Solicitation Procedures, (b) executed by the relevant Holder entitled to vote on the Plan (or such Holder's authorized representative), (c) returned to Verita via an approved method of delivery set

3

forth in the Solicitation Procedures, and (d) received by Verita by 10:00 p.m., prevailing Eastern Time, on Sunday, April 26, 2026 (the "Voting Deadline").[3]

8.      All valid Ballots cast by Holders entitled to vote in the Voting Classes and received by Verita on or before the Voting Deadline were tabulated pursuant to the Solicitation Procedures.

9.      The final tabulation of votes cast by timely and properly completed Ballots received by Verita is attached hereto as **Exhibit A**.  Below is a summary:

| Class 3 – Senior Indebtedness Claims | | Result |
|---|---|---|
| **Ballots Received** | **1** votes accepting the Plan<br>**0** votes rejecting the Plan | **Accepted** |
| **Acceptance** | **100.00%** in number of votes accepting the Plan<br>**100.00%** in dollar amount accepting the Plan ($23,950,000.00) | |
| **Rejection** | **0.00%** in number of votes rejecting the Plan<br>**0.00%** in dollar amount rejecting Plan ($0.00) | |
| **Class 4 – Subordinated Noteholder Claims** | | **Result** |
| **Ballots Received** | **2** votes accepting the Plan<br>**0** votes rejecting the Plan | **Accepted** |
| **Acceptance** | **100.00%** in number of votes accepting the Plan<br>**100.00%** in dollar amount accepting the Plan ($62,000,000.00) | |
| **Rejection** | **0.00%** in number of votes rejecting the Plan<br>**0.00%** in dollar amount rejecting Plan ($0.00) | |

### Service and Transmittal of the Opt-In Forms

10.     Moreover, as set forth in the Certificate of Service of Solicitation Materials, Verita served the Third Party Release Opt-In Form (substantially in the form attached to Exhibit 2 of the Confirmation Procedures Order) and the Notice of Commencement & Confirmation Hearing Notice (substantially in the form attached to Exhibit 3 of the Confirmation Procedures Order) on all parties in interest in these cases.

---

[3] Pursuant to agreement of counsel, the original Voting Deadline set forth in the Solicitation Procedures was extended from April 24, 2026 to April 26, 2026. Accordingly, Verita tabulated all Ballots received on or before the extended Voting Deadline.

11.     The Ballots, the Notice of Commencement & Confirmation Hearing Notice, and the Third Party Release Opt-In Form included instructions on electing to opt-in to the Third-Party Release contained in the Plan (the "Opt-In Election").

12.     Verita examined each Ballot and Third Party Release Opt-In Form received and recorded the Opt-In Elections.  In total, 23 parties timely submitted Third Party Release Opt-In Forms with the Opt-In Election checked, 6 parties timely submitted Third Party Release Opt-In Forms with the Opt-In but *without* the Opt-In Election checked, and 4 parties submitted Third Party Release Opt-In Forms which were defective.  For the avoidance of doubt, this Declaration does not certify the validity of any Opt-In Elections; such information is provided for reporting and informational purposes only.

13.     The final tabulation of Third Party Release Opt-In Forms timely and properly completed and received by Verita is attached hereto as **Exhibit B**.

To the best of my knowledge, information and belief, I declare under penalty of perjury that the foregoing information concerning the distribution, submission, and tabulation of Ballots in connection with the Plan is true and correct.

Dated:  May 26, 2026

/s/ *Adam J. Gorman*
Adam J. Gorman
Director
Kurtzman Carson Consultants LLC