**Exhibit A**

**Voting Tabulation**

**Exhibit A**
**Ballot Summary**

| Class | Class Description | Unacceptable Votes | Members Voted | Members Accepted | Members Rejected | Members Abstained | % Members Accepted | % Members Rejected | Total $ Voted | $ Accepted | $ Rejected | $ Abstained | % $ Accepted | % $ Rejected | Class Accepted or Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Senior Indebtedness Claims | 0 | 1 | 1 | 0 | 0 | 100.00 | 0.00 | $ 23,950,000.00 | $ 23,950,000.00 | $0.00 | $0.00 | 100.00 | 0.00 | **Accepted** |
| 4 | Subordinated Noteholder Claims | 0 | 2 | 2 | 0 | 0 | 100.00 | 0.00 | $62,000,000.00 | $62,000,000.00 | $0.00 | $0.00 | 100.00 | 0.00 | **Accepted** |

In re Impac Mortgage Holdings, Inc., et al.
Case No. 26-10593 (CTG)

**Exhibit A-1**
**Class 3 Ballot Detail**
**Senior Indebtedness Claims**

| Date Filed | Ballot No. | Creditor Name | Voting Amount | Vote | Opt In to Third Party Release? |
|---|---|---|---|---|---|
| 4/26/2026 | 3 | Hildene Re SPC, Ltd., Acting for and on behalf of the account of SP1 | $23,950,000.00 | Accept | Yes |

In re Impac Mortgage Holdings, Inc., et al.
Case No. 26-10593 (CTG)                Page 1 of 1

**Exhibit A-2**
**Class 4 Ballot Detail**
**Subordinated Noteholder Claims**

| Date Filed | Ballot No. | Creditor Name | Voting Amount | Vote | Opt In to Third Party Release? |
|---|---|---|---|---|---|
| 4/24/2026 | 1 | Taberna Preferred Funding I, Ltd. | $31,756,000.00 | Accept | Yes |
| 4/24/2026 | 2 | Taberna Preferred Funding II, Ltd. | $30,244,000.00 | Accept | Yes |

In re Impac Mortgage Holdings, Inc., et al.
Case No. 26-10593 (CTG)                     Page 1 of 1