# Exhibit B

**Exhibit B**
**Third Party Release Opt Ins**

| Opt In No. | Name of Holder | Opt In to Third-Party Release? | Deficiency |
|---|---|---|---|
| 101 | Advantage Real Estate, Inc. | Yes | |
| 102 | Allen A Moff | Yes | |
| 103 | Brian Kuelbs | Yes | |
| 104 | Compass Mortgage, Inc. | Yes | |
| 105 | Crossmark Financial | Yes | |
| 130 | Frank Incitti | Yes | Late Filed |
| 106 | Gary John Christensen | No | Box not checked |
| 107 | George P. Souza | No | Box not checked |
| Ballot No. 3 | Hildene Re SPC, Ltd., Acting for and on behalf of the account of SP1 | Yes | |
| 108 | James A. Fiddler | Yes | |
| 109 | James Larsen | Yes | |
| 110 | Jay Heidel | No | Box not checked |
| 111 | Jay Schwarzhoff | Yes | |
| 112 | John M. Dillard | Yes | |
| 113 | Kathryn Roberts | Yes | |
| 114 | Lakeside Processing, Inc. | Yes | |
| 115 | Libni O. Lopez-Montoon | No | Box not checked |
| 116 | Linda Riback | Yes | |
| 117 | Margaret Admirand | No | Box not checked |
| 118 | Marvin Laderman | Yes | |
| 129 | Marylene Maday | Yes | Late Filed |
| 119 | Mitchell Wieder | No | Box not checked |
| 120 | Peter Admirand | Yes | |
| 127 | Robert G Del Giudice | Yes | Late Filed |
| 121 | Sarah Roberts | Yes | |
| 122 | Stan Gros | Yes | |
| 128 | Steven J. Laird | No | Box not checked; Late Filed |
| 123 | Susan M. Joelson | Yes | |
| Ballot No. 1 | Taberna Preferred Funding I, Ltd. | Yes | |
| Ballot No. 2 | Taberna Preferred Funding II, Ltd. | Yes | |
| 124 | Trevor Prukop | Yes | |
| 125 | Warren D. Huff | Yes | |
| 126 | Wendell P Simmons | Yes | |

In re Impac Mortgage Holdings, Inc., et al.
Case No. 26-10593 (CTG)