**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>IMPAC MORTGAGE HOLDINGS, INC.,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10593 (CTG)<br><br>(Jointly Administered) |

**DEBTORS' WITNESS AND EXHIBIT LIST
FOR HEARING ON MAY 28, 2026 AT 2:00 P.M. (ET)**

Impac Mortgage Holdings, Inc. and the above-referenced affiliated debtors and debtors in possession (collectively, the "Debtors") hereby submit this witness and exhibit list in connection with the hearing scheduled for **May 28, 2026 at 2:00 p.m. (prevailing Eastern Time)** before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801 (the "Hearing").

**WITNESSES**

The Debtors designate the following persons as witnesses in connection with the Hearing:

(1)     Eric J. Held will testify, live or via declaration, regarding the Plan's satisfaction of requirements for confirmation (Docket No. 154).

(2)     Adam J. Gorman will testify, live or via declaration, regarding the results of voting on the Plan (Docket No. 146).

---

1 The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  Impac Mortgage Holdings, Inc. (5505); Copperfield Financial, LLC (7513); Copperfield Capital Corporation (4920); Impac Funding Corporation (4495); Impac Commercial Capital Corporation (0090); Impac Secured Assets Corp. (5871); IMH Assets Corp. (5301); Integrated Real Estate Service Corp. (2263); Impac Mortgage Corp. (3937); Impac Warehouse Lending, Inc. (0541); Synergy Capital Mortgage Corp. (9071); and Impac Warehouse Lending Group, Inc. (3488). The Debtors' mailing address is 19800 MacArthur Blvd., Suite 500, Irvine, CA 92612.

As of the filing of this witness and exhibit list, no other party has identified witnesses in connection with the Hearing.  To the extent that any party designates witnesses, the Debtors reserve the right to cross-designate all witnesses so designated and reserve the right to call any necessary rebuttal or impeachment witnesses.

**EXHIBITS**

The Debtors designate the following exhibits that may be used at the Hearing in connection with confirmation of the Plan:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1 | Joint Prepackaged Chapter 11 Plan of Reorganization of Impac Mortgage Holdings, Inc. and Affiliates Thereof | 13 |
| 2 | Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Impac Mortgage Holdings, Inc. and Affiliates Thereof | 9 |
| 3 | Notice of Filing of Plan Supplement | 104 |
| 4 | Declaration of Adam J. Gorman Regarding the Solicitation and Tabulation of Votes in Support of Confirmation of the Joint Prepackaged Chapter 11 Plan of Reorganization of Impac Mortgage Holdings, Inc. and its Affiliates Thereof | 146 |
| 5 | Declaration of Eric J. Held in Support of Confirmation of the Joint Prepackaged Chapter 11 Plan of Reorganization of Impac Mortgage Holdings, Inc. and Affiliates Thereof | 154 |

| Exhibit No. | Document Description | Docket No. |
|:---:|:---|:---:|
| 6 | Notice of Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement and (II) Confirming the Joint Prepackaged Chapter 11 Plan of Reorganization of Impac Mortgage Holdings, Inc. and Affiliates Thereof | TBD |
| | All other filings on the docket in these chapter 11 cases | |

The Debtors reserve the right to object to the entry into evidence of any exhibit, including those listed above.  The Debtors also reserve the right to amend, shorten, or supplement this witness and exhibit list prior to the Hearing.

[*Signature page to follow*]

3

Dated:  May 26, 2026            **PACHULSKI STANG ZIEHL & JONES LLP**

                                /s/ Laura Davis Jones
                                Laura Davis Jones (DE Bar No. 2436)
                                David M. Bertenthal
                                Timothy Cairns (DE Bar No. 4228)
                                919 North Market Street, 17th Floor
                                Wilmington, DE 19899
                                Tel:     (302) 652-4100
                                Email:  ljones@pszjlaw.com
                                        debertenthal@pszjlaw.com
                                        tcairns@pszjlaw.com


                                - and -

                                **DENTONS US LLP**

                                Tania M. Moyron (admitted *pro hac vice*)
                                Van C. Durrer, II (DE Bar No. 3827)
                                601 S. Figueroa Street #2500
                                Los Angeles, CA 90017
                                Tel:     (213) 623-9300
                                Email:  tania.moyron@dentons.com
                                        van.durrer@dentons.com

                                John D. Beck (admitted *pro hac vice*)
                                Geoffrey M. Miller (admitted *pro hac vice*)
                                1221 Avenue of the Americas
                                New York, NY 10020
                                Tel:     (212) 768-6700
                                Email:  john.beck@dentons.com
                                        geoffrey.miller@dentons.com

                                *Counsel for Debtors and Debtors in Possession*

4