**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>IMPAC  MORTGAGE  HOLDINGS,  INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10593 (CTG)<br><br>(Jointly Administered)<br><br><br>**Re: Docket Nos.: 144 and 156** |

**<u>SECOND AMENDED</u>[2] NOTICE OF AGENDA FOR HEARING SCHEDULED ON MAY 28, 2026 AT 2:00 P.M.(PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 3rd FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE**

> **This proceeding will be conducted in person.  Please refer to Judge Goldblatt's Chambers Procedures  (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.  Registration is required by one-hour prior to] the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**<u>UNCONTESTED MATTER:</u>**

1.     Application of the Debtors, Pursuant to § 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1, for Authorization to

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  Impac Mortgage Holdings, Inc. (5505); Copperfield Financial, LLC (7513); Copperfield Capital Corporation (4920); Impac Funding Corporation (4495); Impac Commercial Capital Corporation (0090); Impac Secured Assets Corp. (5871); IMH Assets Corp. (5301); Integrated Real Estate Service Corp. (2263); Impac Mortgage Corp. (3937); Impac Warehouse Lending, Inc. (0541); Synergy Capital Mortgage Corp. (9071); and Impac Warehouse Lending Group, Inc. (3488). The Debtors' mailing address is 19800 MacArthur Blvd., Suite 500, Irvine, CA 92612.

[2] **Amended items are in bold.**

4925-3828-9837.3 40173.00001

Employ and Retain Dentons US LLP as Counsel for the Debtors and Debtors in Possession, Effective as of the Petition Date [Filed: 5/1/26] (Docket No. 96)

Response Deadline:  May 15, 2026, at 4:00 p.m. (ET)

Responses Received:  Informal comments from the Office of the United States Trustee.

Related Documents:

A.   **Certification of No Objection Regarding Application of the Debtors, Pursuant to § 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1, for Authorization to Employ and Retain Dentons US LLP as Counsel for the Debtors and Debtors in Possession, Effective as of the Petition Date [Filed: 5/27/26] (Docket No. 158)**

Status:   **No parties have objected to the relief requested in the Application. Accordingly, the Debtors have filed a certification of no objection and respectfully request the entry of the order attached to the Application.**

**CONFIRMATION HEARING:**

2.   Joint Prepackaged Chapter 11 Plan of Reorganization of Impac Mortgage Holdings, Inc. and Affiliates Thereof [Filed: 4/27/26] (Docket No. 13)

Response Deadline:  May 21, 2026, at 4:00 p.m. (ET) *(extended until 5/23/26 at 4:00 p.m. (ET) for the Securities and Exchange Commission) (extended until 5/26/26 at 12:00 p.m. (ET) for the US Attorney)*

Responses Received:  None as of the date of this Notice of Agenda.

Reply Deadline:  May 26, 2026, at 4:00 p.m. (ET)

Replies Received:  None as of the date of this Notice of Agenda.

Related Documents:

A.   Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Impac Mortgage Holdings, Inc. and Affiliates Thereof [Filed: 4/27/26] (Docket No. 9)

B.   [Signed] Order Granting Debtors' Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Establishing Plan and Disclosure Statement Objection and Reply Deadlines and Related Procedures, (III) Approving the Prepetition Solicitation Procedures, (IV) Approving the Notice of Commencement & Confirmation Hearing Notice, and Finding Notice Sufficient, (V) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases, (VI) Waiving the

4925-3828-9837.3 40173.00001

Requirement of Filing Schedules, Statements of Financial Affairs, Rule 2015.3 Reports and Section 341 Meeting of Creditors, and (VII) Granting Related Relief [Filed: 4/29/26] (Docket No. 73)

C.   Notice of (I) Commencement of Prepackaged Chapter 11 Bankruptcy Case, (II) Combined Hearing on the Disclosure Statement, Confirmation of the Prepackaged Joint Chapter 11 Plan, and Related Matters, and (III) Objection Deadline [Filed: 4/29/26] (Docket No. 75)

D.   Notice of Entry of Order Granting Debtors' Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Establishing Plan and Disclosure Statement Objection and Reply Deadlines and Related Procedures, (III) Approving the Prepetition Solicitation Procedures, (IV) Approving the Notice of Commencement & Confirmation Hearing Notice, and Finding Notice Sufficient, (V) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases, (VI) Waiving the Requirement of Filing Schedules, Statements of Financial Affairs, Rule 2015.3 Reports and Section 341 Meeting of Creditors, and (VII) Granting Related Relief [Filed: 4/29/26] (Docket No. 86)

E.   Notice of Filing Plan Supplement [Filed: 5/14/26] (Docket No. 104)

F.   Affidavit of Publication of the Notice of (I) Commencement of Prepackaged Chapter 11 Bankruptcy Case, (II) Combined Hearing on the Disclosure Statement, Confirmation of the Prepackaged Joint Chapter 11 Plan, and Related Matters, and (III) Objection Deadline [Filed: 5/19/26] (Docket No. 113)

G.   Declaration of Adam J. Gorman Regarding the Solicitation and Tabulation of Votes in Support of Confirmation of the Joint Prepackaged Chapter 11 Plan of Reorganization of Impac Mortgage Holdings, Inc. and Its Affiliates Thereof [Filed: 5/26/26] (Docket No. 146)

H.   Memorandum of Law in Support of Entry of an Order: (I) Approving the Adequacy of the Disclosure Statement; and (II) Confirming the Joint Prepackaged Chapter 11 Plan of Reorganization of Impac Mortgage Holdings, Inc. and Affiliates Thereof [Filed: 5/26/26] (Docket No. 150)

I.   Declaration of Eric J. Held in Support of Confirmation of Joint Prepackaged Chapter 11 Plan of Reorganization of Impac Mortgage Holdings, Inc. and Affiliates Thereof [Filed: 5/26/26] (Docket No. 154)

J.   Debtors' Witness and Exhibit List for Hearing on May 28, 2026 at 2:00 p.m. (ET) [Filed 5/26/26] (Docket No. 155)

J.   **Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order (I) Approving the Adequacy of the Disclosure Statement and (II) Confirming the Joint Prepackaged Chapter 11 Plan of Reorganization of Impac Mortgage Holdings, Inc. and Affiliates Thereof [Filed: 5/27/26] (Docket No. 157)**

3

Status: This matter will go forward.  The Debtors will seek final approval of the Disclosure Statement and confirmation of the Plan.

Dated:  May 27, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal
Timothy Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899
Tel:     (302) 652-4100
Email:  ljones@pszjlaw.com
            debertenthal@pszjlaw.com
            tcairns@pszjlaw.com

- and -

**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (DE Bar No. 3827)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Tel:     (213) 623-9300
Email:  tania.moyron@dentons.com
            van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Geoffrey M. Miller (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Tel:     (212) 768-6700
Email:  john.beck@dentons.com
            geoffrey.miller@dentons.com

*Counsel for Debtors and Debtors in Possession*

4