**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re* | **Chapter 11** |
| **IMPAC MORTGAGE HOLDINGS, INC.,** | **Case No. 26-10593 (CTG)** |
| *et al.,* | **(Jointly Administered)** |
| **Debtors.**[1] | **Related Docket Nos. 13 and 165** |

**NOTICE OF (I) CONFIRMATION AND EFFECTIVE DATE OF THE JOINT PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION OF IMPAC MORTGAGE HOLDINGS, INC. AND AFFILIATES THEREOF AND (II) DEADLINES UNDER THE PLAN AND CONFIRMATION ORDER TO FILE GENERAL UNSECURED PROOFS OF CLAIMS, ADMINISTRATIVE CLAIMS, PROFESSIONAL FEE CLAIMS, AND REJECTION CLAIMS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      **Entry of Confirmation Order**. On May 29, 2026, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [Docket No. 165] (the "Confirmation Order") confirming the *Joint Prepackaged Chapter 11 Plan of Reorganization of Impac Mortgage Holdings, Inc. and Affiliates Thereof* [Docket No. 13] (together with all exhibits thereto, and as may be amended, modified or supplemented, the "Plan")[2] in the Chapter 11 Cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

2.      **Effective Date of the Plan**. The Effective Date of the Plan was June 10, 2026.

3.      **General Unsecured Claim Bar Date**.  As provided for in Section 8.18(b) of the Plan (defined term GUC Bar Date) and in the Confirmation Order, all proofs of claim in respect of any General Unsecured Claim against any of the Debtors must be filed **no later than July 10, 2026 (the date that is 30 days after the Effective Date)** electronically at **https://www.veritaglobal.net/impacmortgage** or via mail to Impac Mortgage Claims Processing Center c/o KCC dba Verita, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245 so that they are received on or before July 10, 2026.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Impac Mortgage Holdings, Inc. (5505); Copperfield Financial, LLC (7513); Copperfield Capital Corporation (4920); Impac Funding Corporation (4495); Impac Commercial Capital Corporation (0090); Impac Secured Assets Corp. (5871); IMH Assets Corp. (5301); Integrated Real Estate Service Corp. (2263); Impac Mortgage Corp. (3937); Impac Warehouse Lending, Inc. (0541); Synergy Capital Mortgage Corp. (9071); and Impac Warehouse Lending Group, Inc. (3488). The Debtors' mailing address is 19800 MacArthur Blvd., Suite 500, Irvine, CA 92612.

[2]  Unless otherwise defined in this notice, capitalized terms used in this notice shall have the meanings ascribed to them in the Plan.

4.      **Governmental Claim Bar Date**. Pursuant to section 502(b)(9) of the Bankruptcy Code, the deadline for all governmental units to file proofs of claim against any of the Debtors is **October 23, 2026, at 5:00 p.m**. (prevailing Eastern Time). Any governmental unit holding a claim against any of the Debtors that arose prior to the Petition Date must file a proof of claim on or before the Governmental Bar Date.

5.      **Administrative Claim Bar Date**. As provided for in Section 3.2.1 of the Plan (defined term Administrative Claims Bar Date) and in the Confirmation Order, all requests for payment of an Administrative Claim, including for the avoidance of doubt any Administrative Claim arising under section 503(b)(9) of the Bankruptcy Code, must be filed with this Court and served on counsel to the Plan Administrator, counsel to the Debtors, and counsel to the U.S. Trustee **no later than July 10, 2026 (the date that is 30 days after the Effective Date)**.

4.      **Deadline to File Professional Fee Claims**. As provided for in Section 3.2.2 of the Plan and in the Confirmation Order, all final applications for payment of the Professional Fee Claims must be filed with this Court and served on counsel to the Debtors and the Plan Administrator **no later than July 10, 2026 (the date that is 30 days after the Effective Date)**, unless otherwise ordered by this Court or such later date is agreed to by the Reorganized Debtors.

5.      **Deadline to File Rejection Claims**.  As provided for in Section 9.4 of the Plan and in the Confirmation Order, unless otherwise provided by a Bankruptcy Court Order, any Proofs of Claim asserting Rejection Claims pursuant to the Plan or otherwise must be submitted to the Plan Administrator **by August 10, 2026 (the date that is sixty (60) days after the Effective Date). Rejection Claims shall be classified as General Unsecured Claims and shall be treated in accordance with Section 3.3.6 of the Plan, as applicable. Any Rejection Claims that are not timely submitted to the Plan Administrator pursuant to Section 9.4 of the Plan shall be forever disallowed and barred.**

6.      **Inquiries by Interested Parties**.  Copies of the Confirmation Order (entered at Docket No. 165) may be examined free of charge at https://www.veritaglobal.net/impacmortgage. The Confirmation Order is also on file with the Bankruptcy Court and may be viewed by accessing the Bankruptcy Court's website with a PACER password and login, which can be obtained at www.pacer.psc.uscourts.gov.

Dated: June 10, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal
Timothy Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899
Tel: (302) 652-4100
Email:  ljones@pszjlaw.com
        debertenthal@pszjlaw.com
        tcairns@pszjlaw.com

- and -

**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (DE Bar No. 3827)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Tel: (213) 623-9300
Email: tania.moyron@dentons.com
        van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Geoffrey M. Miller (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 768-6700
Email: john.beck@dentons.com
        geoffrey.miller@dentons.com

*Counsel for Debtors and Debtors in Possession*