# Exhibit A

| Date Filed | Dkt. No. | Applicant | Fee Period | Fees | Expenses | Total |
|---|---|---|---|---|---|---|
| **Counsel to the Debtors** | | | | | | |
| 7/10/26 | 195 | Pachulski Stang Ziehl & Jones LLP | 4/26/26 – 6/10/26 | $266,065.00 | $25,629.00 | $291,694.00 |
| 7/10/26 | 210 | Dentons US LLP | 4/27/26 – 6/10/26 | $466,894.79 | $6,027.70 | $472,922.49 |
| **Administrative Advisor to Debtors** | | | | | | |
| 7/7/26 | 191 | Kurtzman Carson Consultants, LLC dba Verita Global | 4/26/26 – 6/10/26 | $1,547.00 | $0.00 | $1,547.00 |
| **Financial Advisor to the Debtors** | | | | | | |
| 7/10/26 | 208 | Development Specialists, Inc | 4/27/26 – 6/10/26 | $61,871.75 | $2,137.61 | $64,009.36 |